# UNITED STATES DISTRICT COURT

District of Massachusetts

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY,
and WILEY-LISS, INC. V.

VIA MARKETING & PROMOTIONS, S.A.
d/b/a ACTAMED SERVICES
and ROBERT TH. GMELIG MEYLIG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10697WGY

TO: (Name and address of Defendant)

Robert Th. Gmelig Meylig
President and CEO, ActaMed Services
Via Pastura 74
6983 Magliaso, Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William S. Strong, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.




SARAH A. THORNTON
CLERK

4-7-05
DATE

(By) DEPUTY CLERK



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ET AL.,<br>PLAINTIFF/PETITIONER<br>VS.<br>VIA MARKETING & PROMOTION, S.A. D/B/A ACTAMED SERVICES AND ROBERT TH. GMELIG MEYLING<br>DEFENDANT/RESPONDENT | CAUSE #: 05CV10697WGY<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
910 5th Ave. Seattle, WA 98104
(206) 521-9000
TRACKING #: 3653168

**ORIGINAL**
**PROOF OF SERVICE**

KOTIN, CRABTREE & STRONG, LLP
ONE BOWDOIN SQ
BOSTON, MA 02114
617 227 7031

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
the (date) 25 APRILE 2005
at (place, street, number) VIA PASTURA 74 6983 MAGLIASO

in one of the following methods authorized by article 5:

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method:*

☒ (c) by delivery to the addressee, who accepted it voluntarily.* raccomandata

The documents referred to in the request have been delivered to:
(identity and description of person)
VIA MARKETING & PROMOTION SA
relationship to the addressee family, business, or other

2) that the document has not been served, by reason of the following facts:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
originali

Done at LUGANO, the 25.4.2005

Signature and/or stamp

[Stamp: TRIBUNALE D'APPELLO DEL CANTONE TICINO]

In appropriate cases, documents establishing the service:
dichiarazione di ricevuta

TRACKING #: 3653168



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Atto giudiziario da recapitare a:

6900 Lugano 1

LSI

98.00.690001 01293371

DIE POST LA POSTE LA POSTA

Lettre signature

Via Marketing & Promotion SA
DBA Actamend Services
Via Pastura 74
~~6983 Magliaso~~

## DICHIARAZIONE DI RICEVUTA

(da esigere oltre a quella rilasciata sul libretto del fattorino)

**Il sottoscritto dichiara di aver ricevuto l'invio qui unito:**

Rick Hamilton, Seattle: atto giudiziario

Luogo: MAGLIASO, data: 25 APRILE 2005

firma del destinatario: [signature]

**Da retrocedere alla Cancelleria civile del Tribunale d'appello, casella postale, 6901 Lugano**

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

**Identity and address of the applicant**

**Rick Hamilton**
**910 5th Avenue**
**Seattle, Washington 98104**
**United States of America**

Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure

**Address of receiving authority**

Tribunale di Appello
6901 Lugano
Switzerland

41918155111

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**VIA MARKETING & PROMOTION, S.A. D/B/A ACTAMED SERVICES**
**VIA PASTURA 74, 6983** or Via Chiosso 15
**MAGLIASO, Switzerland** 6948 Porza TI
DOB: Phone: Switzerland

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

EXECUTED "REQUEST" IN DUPLICATE; EXECUTED "SUMMARY" IN DUPLICATE; "CERTIFICATE" (UNEXECUTED) IN DUPLICATE; COMPLAINT, TRANSLATED & IN DUPLICATE; SUMMONS IN A CIVIL CASE, TRANSLATED & IN DUPLICATE

Done at Seattle, Washington USA, on Apr 12 2005

Signature and/or stamp

[signature: Rick Hamilton]

OFFICE OF INTERNATIONAL JUDICIAL ASSISTANCE — DEPARTMENT OF JUSTICE — WASHINGTON, D.C.

TRACKING #: 3653168



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

**(article 5, fourth paragraph)**

Name and address of the requesting authority: **Rick Hamilton**
**910 5th Avenue**
**Seattle, Washington 98104**
**United States of America**

Particulars of the parties:

**BLACKWELL PUBLISHING, INC., ET AL.,** vs. **VIA MARKETING & PROMOTION, S.A. D/B/A ACTAMED SERVICES AND ROBERT TH. GMELIG MEYLING**

## JUDICIAL DOCUMENT*

Name and purpose of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*

Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

TRACKING #: 3653168



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate