AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY,
and WILEY-LISS, INC<u>v</u>.

**SUMMONS IN A CIVIL ACTION**

VIA MARKETING & PROMOTIONS, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLIG

CASE NUMBER:

## 05cv10697WGY

TO: (Name and address of Defendant)

VIA Marketing & Promotions, S.A. d/b/a ActaMed Services
Via Pastura 74
6983 Magliaso, Switzerland
and
Via Chiosso 15
6948 Porza-TI, Switzerland

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK



(By) DEPUTY CLERK

DATE    4-7-05



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ET AL.,<br>      PLAINTIFF/PETITIONER<br>VS.<br>VIA MARKETING & PROMOTION, S.A. D/B/A<br>ACTAMED SERVICES AND ROBERT TH.<br>GMELIG MEYLING<br>      DEFENDANT/RESPONDENT | CAUSE #:  05CV10697WGY<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
910 5th Ave. Seattle, WA 98104
(206) 521-9000
TRACKING #: 3653169

**ORIGINAL**
**PROOF OF SERVICE**

KOTIN, CRABTREE & STRONG, LLP
ONE BOWDOIN SQ
BOSTON, MA 02114
617 227 7031
Page 1 of 1
OR_WGENEVA

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _25. APRILE 2005_
   at (place, street, number) _VIA PASTURA 74   6983 MAGLIASO_

   in one of the following methods authorized by article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____

   ☒ (c) by delivery to the addressee, who accepted it voluntarily.*  _raccomandata_

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _ROBERTH GMELING MEYLING_

   relationship to the addressee family, business, or other
   _____

2) that the document has not been served, by reason of the following facts:*
   _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_originali_

In appropriate cases, documents establishing the service:
_dichiarazione di ricevuta_

Done at _LUGANO_, the _26.4.05_

Signature and/or stamp
_[signature]_ [seal: TRIBUNALE D'APPELLO DEL CANTON TICINO]

TRACKING #: 3653169


USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

Atto giudiziario da recapitare a:

6900 Lugano 1     **LSI**     Roberth Gmeling Meyling
Via Pastura 74
6983 Magliaso

98.00.690001 **01293372**



## DICHIARAZIONE DI RICEVUTA
(da esigere oltre a quella rilasciata sul libretto del fattorino)

**Il sottoscritto dichiara di aver ricevuto l'invio qui unito:**
    Rick Hamilton, Seattle:     atto giudiziario

Luogo: MAGLIASO    data: 25 APRILE 2005
firma del destinatario: ...

---

**Da retrocedere alla Cancelleria civile del Tribunale d'appello, casella postale, 6901 Lugano**

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>910 5th Avenue<br>Seattle, Washington 98104<br>United States of America<br><br>*Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure* | Tribunale di Appello<br>6901 Lugano<br>Switzerland<br><br>41918155111 |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**ROBERT TH. GMELIG MEYLING**
**VIA PASTURA 74, 6983**
**MAGLIASO, Switzerland**
DOB:                Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
EXECUTED "REQUEST" IN DUPLICATE; EXECUTED "SUMMARY" IN DUPLICATE; "CERTIFICATE" (UNEXECUTED) IN DUPLICATE; COMPLAINT, TRANSLATED & IN DUPLICATE; SUMMONS IN A CIVIL CASE, TRANSLATED & IN DUPLICATE

Done at Seattle, Washington USA, on Apr 12 2005

Signature and/or stamp

TRACKING #: 3653169



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

| | |
|---|---|
| Name and address of the requesting authority: | **Rick Hamilton**<br>**910 5th Avenue**<br>**Seattle, Washington 98104**<br>**United States of America** |
| Particulars of the parties: | |
| **BLACKWELL PUBLISHING, INC., ET AL.,** vs. | **VIA MARKETING & PROMOTION, S.A. D/B/A ACTAMED SERVICES AND ROBERT TH. GMELIG MEYLING** |

## JUDICIAL DOCUMENT*

Name and purpose of the document:
_To give notice to the Defendant of the institution against him of a claim for civil damages, and to summon him to answer to the complaint._

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
_Plaintiff is seeking to recover civil damages, amount to be determined in court._

Date and place for entering appearance:*
_Defendant has twenty days from receipt of the Summons to answer to the complaint, address is noted on the Summons._

Court which has given judgment:*
_n/a_

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

TRACKING #: 3653169



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate