UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY and
WILEY-LISS, INC.,
    Plaintiffs,

v.

VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLING,
    Defendants.

Civil Action No.:
05-CV-10697 WGY

NOTICE OF APPEARANCE

Under Local Rule 83.5.2(a), John J. Cotter of Kirkpatrick & Lockhart Nicholson Graham LLP hereby provides notice of his appearance for Defendants VIA Marketing & Promotion, S.A. d/b/a ActaMed Services and Robert Th. Gmelig Meyling.  This appearance shall not constitute an unconditional appearance of any defendant.

BOS-846115 v1

Dated:  May 13, 2005

Respectfully submitted,

VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLING,

By their attorneys,


__s/John J. Cotter _____
John J. Cotter (BBO# 554524)

KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
75 State Street
Boston, MA 02109-1808
Tel.: 617.261.3100
Fax: 617.261.3175 (fax)