**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., MASSACHUSETTS MEDICAL SOCIETY and WILEY-LISS, INC., <br><br>     Plaintiffs, <br><br>     v. <br><br> VIA MARKETING & PROMOTION, S.A. d/b/a ACTAMED SERVICES and ROBERT TH. GMELIG MEYLING, <br><br>     Defendants. | Civil Action No.: 05-cv-10697 WGY |

**Stipulation Extending Defendants'**
**Time to Respond to Plaintiffs' Complaint**

The Parties through counsel hereby stipulate that Defendants' time to answer, move, or otherwise respond to Plaintiffs' Complaint is extended for thirty (30) days until June 14, 2005.

This Stipulation shall not constitute an unconditional appearance of any Defendant, and is made without waiver of any of Defendants' rights, including but not limited to their rights to challenge this Court's jurisdiction in this Court or any other court or judicial or administrative authority.

BOS-844737 v2

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY and
WILEY-LISS, INC.,

Plaintiffs,

By their attorneys,

Dated: May 11, 2005          _s/William S. Strong _____
                             William S. Strong, Esq., BBO# 483520
                             Amy C. Mainelli, Esq., BBO# 657201
                             KOTIN, CRABTREE & STRONG, LLP
                             One Bowdoin Square
                             Boston, MA 02114
                             617) 227-7031
                             617) 367-2988 (fax)


VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLING,

Defendants,

By their attorneys,

Dated: May 13, 2005          __s/John J. Cotter_____
                             John J. Cotter, Esq., BBO# 554524
                             David J. Byer, Esq. BBO# 544411
                             KIRKPATRICK & LOCKHART NICHOLSON
                             GRAHAM LLP
                             75 State Street
                             Boston, MA 02109-1808
                             617.261.3100
                             617.261.3175 (fax)