```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| BLACKWELL PUBLISHING, INC.,<br>ELSEVIER, INC.,<br>MASSACHUSETTS MEDICAL SOCIETY and<br>WILEY-LISS, INC.,<br>     Plaintiffs,<br><br>v.<br><br>VIA MARKETING & PROMOTION, S.A.<br>d/b/a ACTAMED SERVICES and<br>ROBERT TH. GMELIG MEYLING,<br>     Defendants. | Civil Action No.:<br>05-CV-10697 WGY |

NOTICE OF APPEARANCE

Under Local Rule 83.5.2(a), David J. Byer of Kirkpatrick & Lockhart Nicholson Graham LLP hereby provides notice of his appearance for Defendants VIA Marketing & Promotion, S.A. d/b/a ActaMed Services and Robert Th. Gmelig Meyling.  This appearance shall not constitute an unconditional appearance of any defendant.

BOS-846117 v1

-2-

Dated: May 13, 2005               Respectfully submitted,

                                  VIA MARKETING & PROMOTION, S.A.
                                  d/b/a ACTAMED SERVICES and
                                  ROBERT TH. GMELIG MEYLING,

                                  By their attorneys,


                                  __s/David J. Byer_____
                                  David J. Byer (BBO# 544411)

                                  KIRKPATRICK & LOCKHART NICHOLSON
                                  GRAHAM LLP
                                  75 State Street
                                  Boston, MA 02109-1808
                                  Tel.: 617.261.3100
                                  Fax: 617.261.3175 (fax)