**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY and
WILEY-LISS, INC.,
    Plaintiffs,

v.

VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLING,
    Defendants.

Civil Action No.:
1:05-cv-10697 WGY

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I hereby certify that counsel for the parties have conferred in good faith in an attempt to resolve or narrow the issues pertinent to:

- Defendant ActaMed And Robert Meyling's Motions To Dismiss Under The Doctrine Of *Forum Non Conveniens* And For Failure To State A Claim And Lack Of Subject Matter Jurisdiction; and

- Defendant Robert Th. Gmelig Meyling's Motion To Dismiss Plaintiffs' Complaint Against Him (1) For Lack Of Personal Jurisdiction (2) Under The Doctrine Of *Forum Non Conveniens*, And To Dismiss Count 9 Of The Complaint (3) For Lack Of Subject Matter Jurisidiction And (4) For Failure To State A Claim;

which were filed and served on June 14, 2005.

Respectfully submitted,

VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES, and
ROBERT TH. GMELIG MEYLING,

By its attorneys,

Dated: June 16, 2005          __s/John J. Cotter_____
                              John J. Cotter, Esq., BBO# 554524
                              David J. Byer, Esq. BBO# 544411
                              KIRKPATRICK & LOCKHART NICHOLSON
                              GRAHAM LLP
                              75 State Street
                              Boston, MA 02109-1808
                              617.261.3100
                              617.261.3175 (fax)

CERTIFICATE OF SERVICE

     I hereby certify that on June 16, 2005, I caused a copy of the foregoing document to be served by electronic filing and by first class United States mail, postage prepaid upon the following:


William S. Strong, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114


                               ___s/Penny S. Lennox___
                               Penny S. Lennox