UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY, )<br>and )<br>WILEY-LISS, INC., )<br>       )<br>   Plaintiffs,  )<br>       )<br>   v.    )<br>       )<br>       )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br>       )<br>   Defendants.  ) | Civil Action No.:<br>1:05-CV-10697 WGY |

## ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiffs hereby move to extend the deadline to file an Opposition to Defendant Robert Th. Gmelig Meyling's Motion to Dismiss and Defendant ActaMed's Motion to Dismiss until July 19, 2005.

As grounds for this motion, the plaintiffs state the following:

1. Defendants filed Defendant Robert Th. Gmelig Meyling's Motion to Dismiss and Defendant ActaMed's Motion to Dismiss on June 14, 2005. The deadline for filing oppositions would ordinarily be June 28, 2005.

2. Counsel for the plaintiffs telephoned defendants' counsel to request an extension of time to respond. Defendants assented and the parties agreed on a deadline of July 19, 2005.

1

WHEREFORE the Plaintiffs respectfully request that the deadline to file an Opposition to Defendant Robert Th. Gmelig Meyling's Motion to Dismiss and Defendant ActaMed's Motion to Dismiss be set for Tuesday, July 19, 2005.

Respectfully submitted,

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL
SOCIETY, and
WILEY-LISS, INC.,
Plaintiffs,

By their attorneys,

Dated: June 24, 2005

/s/ Amy C. Mainelli
William S. Strong, Esq.,  BBO #483520
Amy C. Mainelli, Esq., BBO# 657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

### CERTIFICATE OF SERVICE

I, Amy C. Mainelli certify that I have this day served the foregoing document by e-mail upon counsel for the defendants in this action.

June 24, 2005        /s/ Amy C. Mainelli
Date

WSS/elsevier/actamed/motion to extend