UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY,)<br>and )<br>WILEY-LISS, INC., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br> )<br>Defendants. ) | Civil Action No.: 05cv10697 WGY |

## AFFIDAVIT OF WILLIAM JENNINGS

I, William Jennings, president of Newjen Corporation ("Newjen"), a company incorporated in Massachusetts having its principal place of business at 12 Baltic Lane, Fitchburg, MA 01420, hereby under oath declare as follows:

1. In January 2005, the Plaintiffs in this action requested that I order copies of articles from their journals from VIA Marketing & Promotion, S.A. d/b/a ActaMed Services ("ActaMed") because they suspected ActaMed was disregarding their respective copyrights.

2. Over a period of several days in January through March 2005, I placed orders to Actamed via its website, www.actamed.ch, for copies of articles from Blackwell Publishing, Inc.'s *Seminars in Dialysis*, Elsevier, Inc.'s *American Journal of Cardiology*, Massachusetts Medical Society's *New England Journal of Medicine* and Wiley-Liss,

Inc.'s *Depression and Anxiety* ("Plaintiffs' Journals"). A list of such articles is attached hereto as <u>Exhibit A</u>.

    3.    As part of the ordering process, ActaMed sent me the "Conditions of Delivery" attached hereto as <u>Exhibit B</u>.

    4.    In addition, I ordered 300 reprints of the article from Massachusetts Medical Society's *New England Journal of Medicine*, article number 3 on Exhibit A. ActaMed sent proposed terms for the order, attached hereto as <u>Exhibit C</u>.

    5.    ActaMed made and delivered to me, in PDF format via e-mail, a copy of each article I had requested. Copies of the respective first pages of these articles, as printed from the Adobe Acrobat "PDF" files delivered by ActaMed, are attached hereto as, collectively, <u>Exhibit D</u>.

    6.    Actamed also made and delivered to me 300 copies of the article I ordered from the *New England Journal of Medicine*, which were delivered to my business address in Fitchburg, Massachusetts via UPS on March 4, 2005. One of these copies is attached hereto as <u>Exhibit E</u>.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

15 July 05
Date

William Jennings

| Count No. | Publisher | Authors | Title | Journal | Article Details | Copyright Reg'n No. |
|---|---|---|---|---|---|---|
| 1 | Blackwell Publishing, Inc. | Ross | Do not resuscitate orders and iatrogenic arrest during dialysis: Should "No" mean "No"? | Seminars in Dialysis | Vol. 16, No. 5 (September 2003) pp. 395-398 | TX 5-879-544 |
| 2 | Elsevier, Inc. | Blankenship JC, Hellkamp AS, Aguirre FV, Demko SL, Topol EJ, Califf RM. | Vascular access site complications after percutaneous coronary intervention with abciximab in the Evaluation of c7E3 for the Prevention of Ischemic Complications (EPIC) trial. | American Journal of Cardiology | Vol. 81, No. 1 (January 1998) pp. 36-40 | TX 4-598-749 |
| 3 | Massachusetts Medical Society | Verlinsky Y, Rechitsky S, Verlinsky O, Ozen S, Sharapova T, Masciangelo C, Morris R, Kuliev A. | Preimplantation diagnosis for sonic hedgehog mutation causing familial holoprosencephaly. | New England Journal of Medicine | Vol. 348, No. 15 (April 2003) pp. 1449-54 | TX 5-783-866 |
| 4 | Wiley-Liss, Inc. | Hensley PL, Nadiga D, Uhlenhuth EH. | Long-term effectiveness of cognitive therapy in major depressive disorder. | Depression and Anxiety | Vol. 20, No.1 (January 2004) pp. 1-7 | TX 6-075-993 |

Conditions for Document Delivery

1. All documents supplied are for private study only.
2. Only one copy of a document may be supplied per person and this copy may not be copied, sold or transferred to any other third party.
3. Payment of a copyright fee does not give permission to make further copies from items supplied by VMP/ActaMed® Services
4. The supplied copy may not be given to any other third party without written authorisation.
5. Electronically supplied documents may be printed only once and may not be transferred to any other third party.
6. In several countries it is forbidden to store electronically supplied documents permanently in a retrieval system. In this case the electronically supplied document must be deleted within 5 working days from receipt.
7. VMP/Actamed® Services stores all data related to a request, which will be used for statistical purposes only.
8. Ordering documents from the ActaMed® Database & Library implies the acceptance of all above mentioned conditions for document delivery.



NEWJEN CORP.
12 Baltic Ln.
Fitchburg MA 01420
USA

Kind attn.: Mr. William Jennings

Our ref.:BG/SC/ROW/05.0267						Porza, 22nd February 2005

*Subject: ActaMed® Copy Service Extra*

Dear Mr. Jennings,

We thank you for your request for the ActaMed® Copy Service Extra. We have the pleasure to submit you our proposal for the ActaMed® Copy Service Extra.

**Details of the ActaMed® Copy Service Extra:**
- Laser printed copies on 100 grams paper;
- Copies are laser printed in black & white;
- Format A3 folded to A4 with 2 staples;
- Minimum order quantity: 250 copies per article copy;
- Administration and handling fee per article copy is included;
- Shrink-Wrapping in packages of 25 copies included.

**1. The requested article copy:**
Author(s):	Verlinsky Y, Rechitsky S, Verlinsky O, Ozen S, Sharapova T, Masciangelo C, Morris R and Kuliev A.
Title:	Preimplantation diagnosis for sonic hedgehog mutation causing familial holoprosencephaly.
Source:	N Engl J Med 2003 Apr 10, 348 (15),1449-1454

300 copies of this article amount to:					CHF 1'087.00 ± USD 946.00

**Payment terms:**	All invoices have to be paid within 30 days after invoice date. All prices are VAT excluded. In case of overdue payment, VMP is entitled to overcharge an interest rate of 1,5% per month. Any expense to collect overdue payments is on account of Newjen Corp.
**Delivery terms:**	5 working days after receipt of the order and article availability.
Franco warehouse VIA Marketing & Promotion SA.
**Offer validity:**	1 month after the date of this offer.
**Applicable Law:**	This agreement is governed by Swiss law. Any legal dispute will be settled at the court in Lugano. The Language of the court is the English language. +

If you accept our offer, please send an email with your approval with also your PO number and delivery address. We require a signed copy of the offer by fax (+ 41 91 - 9931534).

VIA Marketing & Promotion SA
Via Chiosso 15 • 6948 Porza • Switzerland • Tel. +41 91 993.11.77 • Fax +41 91 993.15.34
E-mail: marketing@actamed.ch • www.actamed.ch • www.actamed-services.com • VAT 188522



**Multiple Copies, Copyrights and Distribution:**
Newjen Corp. accepts by ordering multiple copies of a document the "Conditions for Document Delivery" of VIA Marketing & Promotion SA, Via Chiosso 15, 6948 Porza, Switzerland (VMP), and in consequence is allowed to distribute free of charge, to its employees and/or selected customers one copy only of the document, under the condition that all terms of VMP's "Conditions for Document Delivery" remain respected.
For each copy of a document ordered by- and supplied to the client VMP pays the copyright fee due.
All copyright fees are passed to the authorized Swiss Copyright Society for Literature and Art for worldwide distribution to publishers and other rights holders.
VIA Marketing & Promotion indemnifies Newjen Corp. in this respect. In case the relevant authorities increase the copyrights, VIA Marketing & Promotion is entitled to invoice these extra costs to Newjen Corp. The ActaMed® logo is printed on each page.

**Conditions for Document Delivery:**
1. All article copies are for private study only;
2. Per person only one copy of each article may be delivered and may not be copied, sold or transferred to any other third party;
3. Payment of a copyright fee does not give you permission to make further copies from items supplied by VIA Marketing & Promotion SA.

Yours sincerely,

**VIA Marketing & Promotion SA**          **NEWJEN CORP.**

Boudewijn F. Gruwel
*Commercial Director*

---

**VIA Marketing & Promotion SA**
Via Chiosso 15 • 6948 Porza • Switzerland • Tel. +41 91 993.11.77 • Fax +41 91 993.15.34
E-mail: marketing@actamed.ch • www.actamed.ch • www.actamed-services.com • VAT 188522



Ethical Issues in Dialysis
Aaron Spital, Series Editor

# Do Not Resuscitate Orders and Iatrogenic Arrest During Dialysis: Should "No" Mean "No"?

Lainie Friedman Ross

Department of Pediatrics and MacLean Center for Clinical Medical Ethics, University of Chicago, Chicago, Illinois

**ABSTRACT**

An iatrogenic arrest is a cardiopulmonary arrest induced by a therapeutic effort. Frequently cardiopulmonary arrests during hemodialysis (HD) are iatrogenic. In this article I consider the question of what to do when a cardiopulmonary arrest occurs during HD in a patient with a do not resuscitate (DNR) order. I consider and reject four arguments to override the DNR order: the principle of nonmaleficence, the efficacy of resuscitation, proximate cause, and physician error. Instead, I argue that respect for patient autonomy and patient goals means that DNR orders must be respected unless there is compelling evidence that overriding the DNR would be consistent with the patient's goals. If such evidence is lacking, the physician has no moral choice but to follow the DNR order literally. As such, nephrologists need better communication with their patients regarding advance care planning and better documentation of their communication once it has occurred.

In 2001, Moss et al. (1) noted that "there is a lack of consensus in the nephrology community about what to do when cardiopulmonary arrest occurs during the course of a hemodialysis treatment" in a patient with a do not resuscitate (DNR) order. They noted that some dialysis units are willing to respect a patient's DNR order, but that other units believe that cardiopulmonary resuscitation (CPR) should always be provided if a patient arrests while undergoing dialysis.

The good news for dialysis units is that the problem is relatively uncommon because 1) cardiac arrests during dialysis are uncommon (Karnik et al. (2) reported that 400 cardiac arrests occurred during 5,744,708 hemodialysis [HD] sessions—a rate of 7 arrests per 100,000 treatments); and 2) most dialysis patients want CPR (studies have found between 76% and 86% of HD patients want resuscitation (1,3–5)). In this article I examine the question of what should be done when cardiopulmonary arrest occurs during HD in a patient with a DNR order when the arrest may be iatrogenic.

Address correspondence to: Lainie Ross, MD, PhD, Department of Pediatrics, University of Chicago, 5841 S. Maryland Ave., MC 6082, Chicago, IL 60637, or e-mail: lross@uchicago.edu.
Seminars in Dialysis—Vol 16, No 5 (September–October) 2003 pp. 395–398

## Efficacy of CPR in Patients with End-Stage Renal Disease

To optimize discussions about how to handle a cardiac arrest, accurate information regarding prognosis is necessary. Cardiac disease is the major cause of death in dialysis patients, accounting for about 45% of deaths (6). Almost half of these deaths are due to "cardiac arrest, cause unknown," and about 20% are attributed to acute myocardial infarction (7). Survival after cardiopulmonary arrest in individuals with end-stage renal disease (ESRD) is poor. Ebell et al. (8) performed a meta-analysis of arrests in all hospitalized patients. They found that immediate survival after in-hospital CPR was 40.7% and the rate of survival to discharge was 13.4% (8). ESRD was associated with an even lower rate of survival to discharge (8,9), with estimates of survival at less than 10% (9–11). However, as noted by Moss et al. (10), data on CPR outcomes in HD patients specifically (rather than all patients with ESRD) are limited. In one small study Tzamaloukas et al. (12) found that CPR outcomes were highly dependent on the location of arrest, and that in 6 of 12 arrests in the dialysis unit, CPR was successful.

## Can We Simply Follow Patient Preferences for CPR?

The solution as to what should be done in the event of a cardiac arrest during dialysis should be simple: follow the patient's directive. But it is not so simple. First, only 6–35% of chronic dialysis patients have completed

ActaMed® Library

DEPRESSION AND ANXIETY 20:1–7 (2004)

*Theoretical Review*

# LONG-TERM EFFECTIVENESS OF COGNITIVE THERAPY IN MAJOR DEPRESSIVE DISORDER

Paula L. Hensley, M.D.,* Deepa Nadiga, M.D., and E.H. Uhlenhuth, M.D.

*Cognitive therapy of depression, based on the cognitive theory of depression, is an established treatment for major depressive disorder. Although few clinicians expect acute treatment of depression with antidepressant medication to prevent long-term relapse of the illness, some practitioners of cognitive therapy report long-term effectiveness in preventing relapse after short-term treatment. We set out to reanalyze follow-up studies in the literature, using intent-to-treat principles to assess the long-term effects of acute treatment with cognitive therapy. From an initial reference list of 97 citations that met our search criteria (controlled clinical trials of cognitive therapy in depression with follow-up), we found five trials that met our inclusion criteria. This report reviews and reanalyzes these five trials, published between 1981 and 1992, which compare cognitive therapy and tricyclic antidepressant therapy. Overall, the evidence favors a longer-term effect for cognitive therapy over tricyclic antidepressants alone. Depression and Anxiety 20:1–7, 2004.* © 2004 Wiley-Liss, Inc.

Key words: *adult; antidepressive agents; cognitive therapy; depressive disorder; follow-up studies*

## INTRODUCTION

The efficacy of antidepressant medication in the treatment of major depressive disorder (MDD) has been established by multiple clinical trials. Joining the older generation of antidepressants (tricyclic antidepressants, TCAs; monoamine oxidase inhibitors, MAOIs), the selective serotonin reuptake inhibitors (SSRIs) emerged in the late 1980s and 1990s to dominate the antidepressant market. Although response rates are defined differently in different studies, the short-term clinical efficacy of antidepressants ranges around 70% [Rosenbaum and Hylan, 1999]. At the same time that novel antidepressants were coming to market, interest in psychotherapeutic treatments of depression has increased. Long-term psychoanalytic treatment is rare. Manual-based psychotherapeutic approaches such as the cognitive psychotherapy of Beck [1967] and the interpersonal psychotherapy of Klerman et al. [1984] are the current psychotherapeutic treatments of choice.

Although the efficacy of antidepressant treatment for depression has been demonstrated repeatedly in randomized double-blind clinical trials [Mulrow et al., 2000], the efficacy of cognitive therapy (CT), particularly for more severely depressed patients, is less well defined [Gloaguen et al., 1998]. Published data on CT for depression show greater variation than we see in the data on antidepressants. Although many trials show rates of acute response similar to those seen in antidepressant trials, there remain questions about the efficacy of CT for more severely depressed patients. Many authors claim a durable benefit of CT, a protective effect against further episodes of depression after treatment discontinuation. In other words, proponents of CBT assert that it is effective in relapse prevention.

If CT were protective against depressive relapse, it would clearly offer advantages over antidepressants, which no one assumes protect against relapse once stopped. But how was the common belief of a

Department of Psychiatry, School of Medicine, University of New Mexico Health Sciences Center, Albuquerque, New Mexico

*Correspondence to: Dr. Paula L. Hensley, University of New Mexico Department of Psychiatry, 2400 Tucker NE, 4th Floor, Albuquerque, NM 87131. E-mail: phensley@salud.unm.edu

Received for publication 15 December 2003; Accepted 1 June 2004

DOI: 10.1002/da.20022
Published online 19 August 2004 in Wiley InterScience (www.interscience.wiley.com).

© 2004 WILEY-LISS, INC.

ActaMed® Library

# Vascular Access Site Complications After Percutaneous Coronary Intervention With Abciximab in the Evaluation of c7E3 for the Prevention of Ischemic Complications (EPIC) Trial

James C. Blankenship, MD, Anne S. Hellkamp, MS, Frank V. Aguirre, MD, S. Lee Demko, RN, Eric J. Topol, MD, and Robert M. Califf, MD, for the EPIC Investigators

Thrombolytic therapy or intense anticoagulation during percutaneous transluminal coronary revascularization (PTCR) increases the risk of vascular access site complications. This study evaluated the association of abciximab, a glycoprotein IIb/IIIa receptor blocker, with vascular access site complications after PTCR. Of 2,058 patients who underwent PTCR in the Evaluation of c7E3 for the Prevention of Ischemic Complications (EPIC) trial, major vascular access site bleeding (a drop in hematocrit >15%), minor vascular access site bleeding (>10% drop), or surgical repair of the access site occurred in 5%, 12%, and 1.4% of all patients, respectively. Minor and/or major bleeding or surgery occurred in 21.8% of abciximab patients, compared with 9.1% of placebo patients ($p < 0.001$). Logistic regression analysis identified these predictors of minor and/or major bleeding and/or surgical repair, in descending order of importance: abciximab therapy, acute myocardial infarction at enrollment, high baseline hematocrit, time in catheterization laboratory, heavier weight, female gender, maximum in catheterization laboratory activated clotting time, sheath size, and age (all $p < 0.05$). Vascular access site complications increased median post-PTCR length of stay from 2 days (no bleeding) to 3 days (minor bleeding) and 6 days (major bleeding). Site-to-site variation in vascular access site complications varied sixfold. Analyses of subsequent studies of PTCR with abciximab will determine whether discontinuing heparin and removing sheaths early after PTCR reduces the risk of vascular access site complications. ©1998 by Excerpta Medica, Inc.

(Am J Cardiol 1998;81:36–40)

V ascular access site complications of percutaneous transluminal coronary revascularization (PTCR) have been described for angioplasty,[1–6] and more recently for new devices, including atherectomy and stenting.[7–15] The most common vascular access site complications are hematomas accompanied by significant blood loss and arterial pseudoaneurysms or arteriovenous fistulas requiring surgery. The incidence for these range from 3% to 5% for simple angioplasty to 10% to 14% for complex new device coronary interventions.[11,12] Vascular access site complications are important because they may double the length of stay and hospital costs associated with coronary intervention,[12] and can cause patient discomfort and even death. In recent studies, the only consistent procedural predictor of vascular access site complications was the intensity and duration of anticoagulant therapy during and after the intervention.[7–14] Fibrinolytic drug use during the procedure has also increased the rate of vascular access site complications.[7,8,15] New antiplatelet drugs such as abciximab may have similar effects. While abciximab, a glycoprotein IIb/IIIa receptor blocker, decreased ischemic complications of highrisk PTCR in the Evaluation of c7E3 for the Prevention of Ischemic Complications (EPIC) trial,[16] bleeding complications were 2 to 3 times more frequent in patients receiving abciximab compared with placebo.[17,18] This study prospectively analyzes the collected data on vascular access site complications in patients undergoing PTCR with abciximab.

## METHODS

Between November 1991 and November 1992, the 56-center EPIC trial enrolled 2,099 patients undergoing coronary angioplasty or directional atherectomy with high-risk clinical or angiographic characteristics.[16] Patients were eligible if they were at high risk for vessel closure (with either acute myocardial infarction, angina at rest, or angiographic characteristics indicating high risk). Patients ≥79 years old were excluded. Aspirin (325 mg) was given ≥2 hours before PTCR and daily afterward. Intravenous heparin of 10,000 to 12,000 U was given before the procedure; subsequent doses of 3,000 U were given to achieve an activated clotting time of 300 to 350 seconds before and during the intervention. Heparin infusion was continued at 1,000 U/hour after the procedure (target activated partial thromboplastin time <60 seconds or

From the Geisinger Medical Center, Danville, Pennsylvania; the Duke Clinical Research Institute, Durham, North Carolina; the St. Louis University Medical Center, St. Louis, Missouri; and the Cleveland Clinic Foundation, Cleveland, Ohio. Manuscript received May 21, 1997; revised manuscript received and accepted September 26, 1997.
Address for reprints: James C. Blankenship, MD, Department of Cardiology, Geisinger Medical Center, Danville, Pennsylvania 17822.

The NEW ENGLAND JOURNAL of MEDICINE

BRIEF REPORT

# Preimplantation Diagnosis for Sonic Hedgehog Mutation Causing Familial Holoprosencephaly

Yury Verlinsky, Ph.D., Svetlana Rechitsky, Ph.D., Oleg Verlinsky, M.S., Seckin Ozen, M.D., Tatyana Sharapova, M.S., Christina Masciangelo, M.S., Randy Morris, M.D., and Anver Kuliev, M.D., Ph.D.

THE SONIC HEDGEHOG (*SHH*) GENE IS A HUMAN HOMOLOGUE OF THE drosophila gene encoding inductive signals involved in patterning the early embryo and which is highly functionally conserved in many species.[1] The gene was mapped to chromosome 7 (7q36), the locus for the gene involved in holoprosencephaly (HPE3).[2] SHH mutations may cause the failure of cerebral hemispheres to separate into distinct left and right halves, leading to holoprosencephaly, which is one of the most common developmental anomalies of the forebrain and midface in humans.[3] Although the majority of cases of holoprosencephaly are sporadic, familial cases are not rare, with a clear pattern of autosomal dominant inheritance.

There is great clinical variability of holoprosencephaly within families, ranging from alobar holoprosencephaly and cyclopia to cleft lip and palate, microcephaly, ocular hypotelorism, and even to a normal phenotype. This variability suggests an interaction between SHH and other genes expressed during craniofacial development and the possible involvement of environmental factors. Because almost one third of carriers of SHH mutations may be clinically unaffected, even in affected families, the prenatal detection of SHH mutations might not justify termination of the pregnancy. Preimplantation genetic diagnosis is thus a more attractive option for couples at risk for having a child with holoprosencephaly.

We describe the use of preimplantation genetic diagnosis for SHH mutation in a family with holoprosencephaly. The use of this technique, followed by confirmation of mutation-free status by amniocentesis, resulted in the birth of a healthy girl.

From the Reproductive Genetics Institute, Chicago. Address reprint requests to Dr. Kuliev at 2825 N. Halsted St., Chicago, IL 60657, or at anverkuliev@hotmail.com.

N Engl J Med 2003;348:1449-54.
Copyright © 2003 Massachusetts Medical Society.

## CASE REPORT

A couple who had had two children with clinical signs of holoprosencephaly presented for preimplantation genetic diagnosis (Fig. 1). Their second child, a girl with severe holoprosencephaly and cleft lip and palate, died shortly after birth. The results of chromosomal analysis of peripheral-blood lymphocytes from this child and the parents were normal. However, DNA analysis of samples obtained at autopsy showed that the girl had an SHH nonsense mutation — a change from GAG to TAG — leading to the premature termination of the protein at position 256 of exon 3 (Glu256stop)[3] (Fig. 2A). SHH protein is an intercellular signaling molecule. This precursor is cleaved internally into a highly conserved domain (SHH-N) with signaling activity and a more divergent domain (SHH-C), which in addition to precursor processing, acts as an intramolecular cholesterol transferase crucial for proper patterning activity in animal development.[1] Although the effect on SHH function of the nonsense mutation identified in the child is unknown, the resulting protein may not have the expected signaling function in early morphogenesis.[1,3]

The NEW ENGLAND JOURNAL of MEDICINE

## BRIEF REPORT

# Preimplantation Diagnosis for Sonic Hedgehog Mutation Causing Familial Holoprosencephaly

Yury Verlinsky, Ph.D., Svetlana Rechitsky, Ph.D., Oleg Verlinsky, M.S.,
Seckin Ozen, M.D., Tatyana Sharapova, M.S., Christina Masciangelo, M.S.,
Randy Morris, M.D., and Anver Kuliev, M.D., Ph.D.

THE SONIC HEDGEHOG (*SHH*) GENE IS A HUMAN HOMOLOGUE OF THE drosophila gene encoding inductive signals involved in patterning the early embryo and which is highly functionally conserved in many species.[1] The gene was mapped to chromosome 7 (7q36), the locus for the gene involved in holoprosencephaly (HPE3).[2] SHH mutations may cause the failure of cerebral hemispheres to separate into distinct left and right halves, leading to holoprosencephaly, which is one of the most common developmental anomalies of the forebrain and midface in humans.[3] Although the majority of cases of holoprosencephaly are sporadic, familial cases are not rare, with a clear pattern of autosomal dominant inheritance.

There is great clinical variability of holoprosencephaly within families, ranging from alobar holoprosencephaly and cyclopia to cleft lip and palate, microcephaly, ocular hypotelorism, and even to a normal phenotype. This variability suggests an interaction between SHH and other genes expressed during craniofacial development and the possible involvement of environmental factors. Because almost one third of carriers of *SHH* mutations may be clinically unaffected, even in affected families, the prenatal detection of *SHH* mutations might not justify termination of the pregnancy. Preimplantation genetic diagnosis is thus a more attractive option for couples at risk for having a child with holoprosencephaly.

We describe the use of preimplantation genetic diagnosis for *SHH* mutation in a family with holoprosencephaly. The use of this technique, followed by confirmation of mutation-free status by amniocentesis, resulted in the birth of a healthy girl.

From the Reproductive Genetics Institute, Chicago. Address reprint requests to Dr. Kuliev at 2825 N. Halsted St., Chicago, IL 60657, or at anverkuliev@hotmail.com.

N Engl J Med 2003;348:1449-54.
Copyright © 2003 Massachusetts Medical Society.

## CASE REPORT

A couple who had had two children with clinical signs of holoprosencephaly presented for preimplantation genetic diagnosis (Fig. 1). Their second child, a girl with severe holoprosencephaly and cleft lip and palate, died shortly after birth. The results of chromosomal analysis of peripheral-blood lymphocytes from this child and the parents were normal. However, DNA analysis of samples obtained at autopsy showed that the girl had an SHH nonsense mutation — a change from GAG to TAG — leading to the premature termination of the protein at position 256 of exon 3 (Glu256stop)[3] (Fig. 2A). SHH protein is an intercellular signaling molecule. This precursor is cleaved internally into a highly conserved domain (SHH-N) with signaling activity and a more divergent domain (SHH-C), which in addition to precursor processing, acts as an intramolecular cholesterol transferase crucial for proper patterning activity in animal development.[1] Although the effect on SHH function of the nonsense mutation identified in the child is unknown, the resulting protein may not have the expected signaling function in early morphogenesis.[1,3]

The NEW ENGLAND JOURNAL of MEDICINE



Figure 1. Pedigree.
The father (Subject I-1) has a gonadal mosaicism for the sonic hedgehog (SHH) mutation (M), which is linked to the 156-bp dinucleotide CA repeat allele of the D7S550 polymorphic marker, whereas the mother (Subject I-2) is normal (N), with one normal allele linked to a 158-bp repeat (158) and the other to a 138-bp repeat (138). Three previous pregnancies resulted in the birth of a son with holoprosencephaly (Subject II-1), who carries the mutant gene; a daughter who died soon after birth (Subject II-2), who also carried the mutant gene; and a spontaneously aborted fetus with Turner's syndrome (Subject II-3), without the SHH mutation. A second daughter (Subject II-4) was born after preimplantation genetic diagnosis (PGD), as described in this article. Squares indicate male subjects, circles female subjects, the triangle a spontaneous abortion, solid symbols affected subjects (the spontaneously aborted fetus was unaffected by holoprosencephaly but had Turner's syndrome), open symbols unaffected subjects, and the slash a deceased subject. The square with the dot indicates that the father was an unaffected carrier of the mutation.

The same mutation was found in the couple's five-year-old son, who had been born after a full-term, normal pregnancy, weighing 2.7 kg (6 lb), with a length of 45.7 cm (18.3 in.). This child had less severe facial dysmorphism than his sister, including microcephaly, Rathke's pouch cyst, a single central incisor, and choanal stenosis (the latter was dilated surgically after birth). He also had clinodactyly of the fifth fingers and incurved fourth toes bilaterally. His growth was slow during the first two years but subsequently has been reasonably good, and his social and cognitive development are apparently normal.

The woman had had another pregnancy, which ended in spontaneous abortion owing to Turner's syndrome (45,X). There was no evidence of inheritance of the SHH mutation. The observation that the mutation was not found in either parent's genomic DNA, although paternity testing showed that the father was the biologic father of both affected children, clearly suggested a new gonadal mutation in one of the parents.

## METHODS

Two cycles of preimplantation genetic diagnosis were performed with use of a standard in vitro fertilization protocol coupled with micromanipulation procedures, as described elsewhere.[4] Single blastomeres were removed from the eight-cell embryos and tested by multiplex nested polymerase-chain-reaction (PCR) analysis, involving simultaneous testing for a specific mutation and linked marker analysis.[5] Of 15 embryos in the first cycle, 12 were available for blastomere biopsy at the eight-cell stage. Blastomeres from four embryos failed to amplify, leaving eight with data available for mutation analysis. Seven of these eight embryos appeared to contain the mutant allele; only one embryo was free of the mutation and was transferred back to the patient, yielding no clinical pregnancy.

The second cycle of preimplantation genetic diagnosis was performed a year later. Nineteen embryos were available, 10 of which were acceptable for blastomere biopsy and DNA analysis. Of these 10 single blastomeres, only 1 failed to amplify. The remaining nine had data available for SHH gene and linked marker analysis, to identify the mutation-free embryos appropriate for transfer (Fig. 2C).

Before preimplantation genetic diagnosis cycles, single-sperm testing was performed that identified mosaicism for the SHH mutation in the father. The mutation led to the addition of an XbaI restriction site[3]; the normal allele was thus identified on the basis of the undigested PCR product, and the mutant allele was represented by two fragments, as a result of XbaI digestion (Fig. 2B).

To avoid misdiagnosis in mutation analysis owing to preferential amplification of certain alleles (also termed "allele dropout"), the rate of which exceeds 10 percent in single-blastomere DNA analysis,[6] a closely linked microsatellite DNA marker D7S550 was used as an internal control. Table 1 lists the primers used in the first- and second-round PCR for mutation and linked marker analysis and the reaction conditions. A haplotype analysis showed that the mutant allele was linked to a 156-bp dinucleotide CA repeat and that the normal gene was linked to a 152-bp repeat allele in 7q36 (Fig. 1). Although



**Figure 2. Preimplantation Diagnosis for Nonsense Mutation Glu256stop in Exon 3 of the Sonic Hedgehog (*SHH*) Gene.**
Panel A shows the location of the mutation in *SHH* and the D7S550 linked marker on chromosome 7. The arrows demonstrate the positions of heminested primers. Panel B shows the restriction map for *Xba*I digestion. The mutant allele has an additional *Xba*I restriction site. Panel C shows the polyacrylamide-gel electrophoregram of *Xba*I-digested polymerase-chain-reaction (PCR) products of nine blastomeres from the second cycle of preimplantation genetic diagnosis, paternal DNA from sperm, maternal (normal) DNA, DNA from the couple's affected son, and undigested PCR product. The ladder is the 100-bp standard; ADO denotes allele dropout. Panel D shows the results of follow-up analysis of genomic DNA from five embryos predicted to have the *SHH* mutation on the basis of blastomere testing. Panels E, F, G, and H show capillary electrophoregrams of fluorescently labeled PCR products of tightly linked marker D7S550. Paternally derived 156-bp dinucleotide indicative of the *SHH* mutation ("Paternal") is evident in blastomeres of Embryos 2, 9, 10, and 17. A maternally derived 158-bp CA repeat ("Maternal") is also evident in blastomeres of Embryos 2, 9, and 10, and the other maternally derived 138-bp repeat is evident in the blastomere of Embryo 17 (Panel H).

The NEW ENGLAND JOURNAL of MEDICINE

Table 1. Primers for the Detection of the Glu256stop Mutation in the Sonic Hedgehog Gene (*SHH*) and Linked Marker D7S550 in Heminested Polymerase-Chain-Reaction Analysis.

| Gene or Marker | Upper Primer | Lower Primer | Annealing Temperature (°C) |
|---|---|---|---|
| *SHH* | | | |
| Outside | GAGCAGGGCGGCACCAA | GGCCGAGTCGTTGTGC | 62–55 |
| Inside | GGCACCAAGCTGGTGAAG | GGCCGAGTCGTTGTGC | 56 |
| D7S550 | | | |
| Outside | ACTATCATCCACAATCCACTCC | GCAGTTGGGTTATTTCAAGTCT | 62–55 |
| Inside | ACTATCATCCACAATCCACTCC | GATGTTGTGATTAGAGTTGCTGTA | 56 |

other linked markers have also been described,[2] they were not informative.

The protocol was approved by the institutional review board, and the parents provided written informed consent. On the basis of both mutation and linked-marker analyses, unaffected embryos were identified and selected to be transferred back to the woman, whereas those predicted to have the SHH mutation underwent confirmatory analysis with the use of whole-embryo DNA to evaluate the accuracy of preimplantation genetic diagnosis based on analysis of a single cell.

## RESULTS

Four allele dropouts were identified in analysis of the mutant allele in Embryos 2, 9, and 17 and in the normal allele in Embryo 10 (Fig. 2C and 2D and Table 2). This result was based on the marker analysis, showing that all four of these embryos were heterozygous for the mutation (Fig. 2E, 2F, 2G, and 2H). In other words, three of these four embryos (Embryos 2, 9, and 17) could have been misidentified as normal in the absence of linked marker analysis. In addition to these three embryos, Embryos 10 and 19 also contained the mutant gene.

The remaining four embryos were free of the mutant gene, as confirmed by marker analysis showing that all contained two normal alleles, the paternal one linked to the 152-bp repeat and either the normal maternal allele linked to the 138-bp repeat (Embryos 4 and 5) or the normal maternal allele linked to the 158-bp repeat (Embryos 8 and 16). Two of these embryos (Embryos 4 and 5) were transferred back to the woman, resulting in a singleton pregnancy, followed by confirmation of the mutation-free status of the fetus by amniocentesis and the birth of a healthy girl. The other two mutation-free embryos (Embryos 8 and 16) were frozen for subsequent use by the couple.

## DISCUSSION

Our data demonstrate that multiplex PCR-based blastomere analysis can accurately identify SHH mutations, despite the well-known high rate of allele dropout in this type of single-cell analysis.[6] Allele-specific amplification failure is particularly common in single-blastomere analysis, as compared with analysis of single fibroblasts and polar bodies. The follow-up analysis of the mutant embryos confirmed the results of preimplantation genetic diagnosis, consistent with previous data.[5] Although, ideally, three linked markers are needed to eliminate the risk of misdiagnosis resulting from allele dropout,[5] we found that the use of only one linked marker was reliable, probably because the identification of mutation-free embryos was based on the presence not only of the paternally derived normal allele, but also of the maternally derived normal allele. In this case, the absence of the mutant gene together with the presence of the two normal alleles, identified by different linked markers, led to the correct identification of embryos as either normal or carrying the SHH mutation.

Our findings demonstrate the clinical relevance of the use of preimplantation genetic diagnosis for familial holoprosencephaly. Because of the high prevalence of congenital craniofacial anomalies, preimplantation genetic diagnosis may have prac-

**Table 2. Results of Multiplex Polymerase-Chain-Reaction (PCR) Analysis, Involving Simultaneous Testing for the Sonic Hedgehog Gene (SHH) Mutation and Linked Marker Analysis and Confirmatory Embryo Analysis.**

| Source of DNA Embryo No. | Analysis for SHH Mutation | Linked Marker (D7S550) Analysis* | Predicted Genotype | Follow-up Analysis |
|---|---|---|---|---|
| 2 | Normal/Allele dropout | 2/4 | Carrier affected | Confirmed by DNA analysis |
| 4 | Normal/Normal | 1/3 | Normal | Confirmed by amniocentesis† |
| 5 | Normal/Normal | 1/3 | Normal | Confirmed by amniocentesis† |
| 8 | Normal/Normal | 2/3 | Normal | Frozen |
| 9 | Normal/Allele dropout | 2/4 | Carrier affected | Confirmed by DNA analysis |
| 10 | Allele dropout/Mutation | 1/4 | Carrier affected | Confirmed by DNA analysis |
| 16 | Normal/Normal | 2/3 | Normal | Frozen |
| 17 | Normal/Allele dropout | 1/4 | Carrier affected | Confirmed by DNA analysis |
| 19 | Normal/Mutation | 1/4 | Carrier affected | Confirmed by DNA analysis |
| Mother | Normal/Normal | 1/2 | Normal | — |
| Father | Normal/Mutation | 3/4 | Carrier mosaic | — |

* The linked markers were as follows: maternal PCR product of 138 bp (1); maternal PCR product of 158 bp (2); paternal PCR product of 152 bp (3), linked to the normal gene; and paternal PCR product of 156 bp (4), linked to the mutant gene.
† Embryos 4 and 5 were transferred, but it is not known which one resulted in the singleton pregnancy and thus was confirmed by amniocentesis as having a normal genotype.

tical implications for couples at risk. Initiated first for severe mendelian disorders,[7-12] preimplantation genetic diagnosis was then used to exclude aneuploidy[13-16] and has recently been used for diseases for which there is a genetic predisposition[17,18] and for congenital malformations.[19] These data suggest that preimplantation genetic diagnosis may be an option for a large group of couples at risk for having children with congenital malformations.

REFERENCES

1. Online Mendelian inheritance in man, OMIM. Baltimore: McKusick-Nathans Institute for Genetic Medicine, Johns Hopkins University, 2001. (Accessed February 19, 2003, at http://www.ncbi.nlm.nih.gov/Omim.)
2. Muenke M, Gurrieri F, Bay C, et al. Linkage of a human brain malformation, familial holoprosencephaly, to chromosome 7 and evidence for genetic heterogeneity. Proc Natl Acad Sci U S A 1994;91:8102-6.
3. Nanni L, Ming JE, Bocian M, et al. The mutational spectrum of the sonic hedgehog gene in holoprosencephaly: SHH mutations cause a significant proportion of autosomal dominant holoprosencephaly. Hum Mol Genet 1999;8:2479-88.
4. Verlinsky Y, Kuliev A. Atlas of preimplantation genetic diagnosis. Pearl River, N.Y.: Parthenon, 2000.
5. Rechitsky S, Verlinsky O, Strom C, et al. Experience with single-cell PCR in preimplantation genetic diagnosis: how to avoid pitfalls. In: Hahn S, Holzgreve W, eds. Fetal cells in maternal blood: new developments for a new millennium. Basel, Switzerland: Karger, 2000:8-15.
6. Rechitsky S, Strom C, Verlinsky O, et al. Allele drop out in polar bodies and blastomeres. J Assist Reprod Genet 1998;15:253-7.
7. Handyside AH, Kontogianni EH, Hardy K, Winston RML. Pregnancies from biopsied human preimplantation embryos sexed by Y-specific DNA amplification. Nature 1990;344:768-70.
8. Verlinsky Y, Ginsberg N, Lifchez A, Valle J, Moise J, Strom CM. Analysis of the first polar body: preconception genetic diagnosis. Hum Reprod 1990;5:826-9.
9. Handyside AH, Lesko JG, Tarín JJ, Winston RML, Hughes MR. Birth of a normal girl after in vitro fertilization and preimplantation diagnostic testing for cystic fibrosis. N Engl J Med 1992;327:905-9.
10. Sermon K, Lissens W, Joris H, et al. Clinical application of preimplantation diagnosis for myotonic dystrophy. Prenat Diagn 1997;17:925-32.
11. Kuliev A, Rechitsky S, Verlinsky O, et al. Preimplantation diagnosis of thalassemia. J Assist Reprod Genet 1998;15:219-25.
12. Xu K, Shi ZM, Veeck LL, Hughes MR, Rosenwaks Z. First unaffected pregnancy using preimplantation genetic diagnosis for sickle cell anemia. JAMA 1999;281:1701-6.
13. Munne S, Magli C, Cohen J, et al. Positive outcome after preimplantation diagnosis of aneuploidy in human embryos. Hum Reprod 1999;14:2191-9.
14. Gianaroli L, Magli MC, Ferraretti AP, Munne S. Preimplantation diagnosis for aneuploidies in patients undergoing in vitro

BRIEF REPORT

fertilization with poor prognosis: identification of the categories for which it should be proposed. Fertil Steril 1999;72:837-44.
15. Wilton L, Williamson R, McBain J, Edgar D, Voullaire L. Birth of a healthy infant after preimplantation confirmation of euploidy by comparative genomic hybridization. N Engl J Med 2001;345:1537-41.
16. Kuliev A, Verlinsky Y. Current features of preimplantation genetic diagnosis. Reprod Biomed Online 2002;5:294-9.
17. Verlinsky Y, Rechitsky S, Verlinsky O, Masciangelo C, Lederer K, Kuliev A. Preimplantation diagnosis for early-onset Alzheimer disease caused by V717L mutation. JAMA 2002;287:1018-21.
18. Rechitsky S, Verlinsky O, Chistokhina A, et al. Preimplantation genetic diagnosis for cancer predisposition. Reprod Biomed Online 2002;5:148-55.
19. Abou-Sleiman PM, Apessos A, Harper JC, Serhal P, Delhanty JDA. Pregnancy following preimplantation genetic diagnosis for Crouzon syndrome. Mol Hum Reprod 2002;8:304-9.

*Copyright © 2003 Massachusetts Medical Society.*

