UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC., )
ELSEVIER, INC., )
MASSACHUSETTS MEDICAL SOCIETY,)
and )
WILEY-LISS, INC., )
 )
    Plaintiffs, )
 )
v. )   Civil Action No.: 05cv10697 WGY
 )
VIA MARKETING & PROMOTION, S.A. )
d/b/a ACTAMED SERVICES and )
ROBERT TH. GMELIG MEYLING, )
 )
    Defendants. )

## AFFIDAVIT OF JOSEPH APPEL

I, Joseph Appel, Associate Counsel for Publishing of the Massachusetts Medical Society ( the "Society"), a non-profit organization with a principal place of business at 860 Winter Street, Waltham, MA 02451, hereby under oath declare as follows:

1. The Society was established as a professional association of physicians by the Commonwealth of Massachusetts in 1781. The Society's mission is to advance medical knowledge, to develop and maintain the highest professional and ethical standards of medical practice and health care, and to promote medical institutions formed on liberal principles for the health, benefit and welfare of the citizens of Massachusetts.

2. I have been Associate Counsel for Publishing of the Society from September 2000 to the present. I am an attorney admitted to practice in the Commonwealth of Massachusetts.

3. Part of my role is to oversee legal matters regarding copyrights and distribution of the Society's journals. Among these is the *New England Journal of Medicine* ("NEJM"), the oldest continuously published medical journal, which is sold throughout the world.

4. NEJM consists primarily of articles written by experts in their respective fields of medicine and are peer-reviewed by fellow experts.

5. The Society is the owner of copyright in "Preimplantation diagnosis for sonic hedgehog mutation causing familial holoprosencephaly," *New England Journal of Medicine*, 348:15, by assignment from the respective authors, and that journal has been registered with the United States Copyright Office.

6. The Society invests heavily in its journal publishing program. Each year it incurs substantial costs for content creation or licensing, copyediting and proofreading, for typesetting, layout, printing, binding, distribution, and promotion, and for support of the editorial offices of NEJM.

7. The revenue from publication and reproduction of NEJM, including licensing, is critical to carrying out the Society's mission.

8. In addition to subscription sales, the Society derives income from NEJM by selling reprints of particular articles. For an order of 300 reprints of an article such as that described above, the Society would typically charge $780.00.

9. At no time have we ever authorized either of the defendants in this action to make or sell reprints of any NEJM article.

10. At no time have we ever authorized ActaMed to deliver individual copies of articles from NEJM to any person in any country.

11. At no time have we ever authorized ProLitteris to authorize ActaMed to deliver individual copies from NEJM to any person in any country.

12. In 2001, the Society, through outside counsel in Massachusetts, sent ActaMed a demand letter regarding its infringing activities. A copy of the letter is attached hereto as Exhibit A.

13. When the infringing activity continued, the Society, through outside counsel in Switzerland, sent ActaMed a second demand letter in February 2002. The substantive English language text of this letter is attached hereto as Exhibit B.

14. Robert Th. Gmelig Meyling, ActaMed's President, responded to both letters. His response to the Society's 2001 letter is attached hereto as Exhibit C and his response to the Society's 2002 letter is attached hereto as Exhibit D.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

19 July 2005
Date

Joseph Appel

3

## PALMER & DODGE LLP
ONE BEACON STREET, BOSTON, MA 02108-3190

MARK A. FISCHER
(617) 573-0484
mfischer@palmerdodge.com

TELEPHONE: (617) 573-0100
FACSIMILE: (617) 227-4420

June 25, 2001

Robert Gmelig-Meyling, President
ActaMed
Via Privata Maraini 21F
Marketing & Promotions
6900 Lugano
Schweiz/Switzerland

Re:  The New England Journal of Medicine

Dear Mr. Gmelig-Meyling:

We represent the Massachusetts Medical Society (the "Society"), publisher of the renowned medical journal, The New England Journal of Medicine. It has come to our attention that ActaMed is operating a for-pay distribution service, including worldwide electronic distribution, through which it delivers articles from The New England Journal of Medicine.

As you should be aware, The New England Journal of Medicine is a copyrighted publication of the Society and the distribution by ActaMed appears to infringe the copyrights of the Society and obviously raises serious issues.

We ask that within five days of your receipt of this letter that you contact me to explain any conceivable basis for such distribution under any applicable law, and provide an accounting of all copies distributed. Failing receipt of an adequate explanation from you, the Society will not hesitate to consider use of any and all options available to deal with infringements of its copyrighted works.

Sincerely,

Mark A. Fischer

MAF:aoy

Chargé
ActaMed Services
Via Marketing & Promotion SA
via Ponte Tresa 7-7a
6924 Sorengo TI

Basel, February 20, 2002 T/T
\\ntserver\winjur\AutoDoc\015001-015500\015413\B0244523.doc

Massachusetts Medical Society

Dear Sirs

I would like to inform you that our firm has been asked to represent the Massachusetts Medical Society (the «Society») with regard to certain goods and services offered by your company («ActaMed»).

As you may be aware, the Society is the publisher of various scientific journals and publications including *The New England Journal of Medicine* (the «Publications»). Our client owns copyright in all editorial content included in the Publications.

It has come to our client's attention that ActaMed is offering for sale, selling and distributing worldwide articles from the Publications, in electronic and print formats. In particular, we understand that ActaMed is offering and publishing for profit throughout the world bulk quantity reprints of articles from various scientific and technical publications. We believe that articles from the Publications are offered for sale in this manner. ActaMed's conduct is a willful infringement of our client's copyrights. Clearly, your company's actions are far in excess of any legitimate use of copyrighted works which may be authorized under Swiss

- 2 -

law. Further, for your information, we are advised by U.S. legal counsel that unauthorized importation into United States of protected works is a violation of U.S. law. The Society intends to pursue its rights directly against any companies which import or distribute illegal copies of its works.

This letter comprises formal notice that our client requires ActaMed, with immediate effect, to stop all unauthorized offering for sale, selling or distributing the Publications. Our client is entitled to damages and/or an account of profits with respect to those sales. The Society accordingly requires an affidavit from a duly authorized representative of your company setting out:

1. a complete list of works included in the Publications which ActaMed has offered for sale;

2. a complete list of works included in the Publications which ActaMed has in fact sold, the number of copies of each works sold;

3. the full price of each copy sold; and

4. the countries into which the copies have been distributed.

Please understand that this is a matter of great importance to both ActaMed and the Society, and your prompt response will be in both companies' best interest. Our client reserves the right to take steps to compel ActaMed to produce the required information. In those circumstances it will seek from your company costs of compelling it to produce the information.

Looking forward to hearing from you, I remain

Yours sincerely

Dr. Felix H. Thomann

Appel, Joseph

From: Fischer, Mark [MFischer@palmerdodge.com]
Sent: Monday, July 02, 2001 1:35 PM
To: Paul W. Auffermann Esq. (E-mail); Joseph M. Appel (E-mail)
Subject: FW: The New England Journal of Medicine

-----Original Message-----
From: Robert Th. Gmelig Meyling [mailto:r.meyling@actamed.ch]
Sent: Thursday, June 28, 2001 11:02 AM
To: mfischer@palmerdodge.com
Cc: eberhard@prolitteris.ch
Subject: The New England Journal of Medicine

Dear Mr. Fischer,

Your letter of June 25, 2001 was recieved in good order yesterday evening.
I forwarded it to Mrs Francesca Eberhard, Vice Director of Prolitteris,
Swiss copyright society for literature and visual arts,
who will come back to you soon.

Sincerely yours,

Robert Th. Gmelig Meyling


------
Robert Th. Gmelig Meyling
President & CEO
e-mail: r.meyling@actamed.ch
Phone: 0041 91 9931177

http://www.actamed.ch
-------

1



EINGEGANGEN
2 7. Feb. 2002
Erl.....

Dr. Felix H. Thomann
Thomann Fisher
Elisabethenstrasse 30
Postfach 632

**CH 4010 Basel**

Sorengo, 26 February 2002

### Re: Massachusetts Medical Society

Dear Dr. Thomann,

We have recieved your letter of February 20th, in good order.

We have forwarded your letter to Prolitteris, the Swiss copyright society for visual art and literary works, with whom we do have an agreement.
Mrs. Franziska Eberhard, vice-director of Prolitteris, will come back to you on this matter as soon as possible.

In the meantime I remain, with kind regards.

Sincerely yours,

Via Marketing & Promotion SA

Robert Th. Gmelig Meyling
President & CEO