UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY, )<br>and )<br>WILEY-LISS, INC., )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>  )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br>  )<br>  Defendants. ) | Civil Action No.:<br>1:05-CV-10697 WGY |

**ASSENTED TO MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully move for leave to file a Sur-Reply in Opposition to Defendant Robert Th. Gmelig Meyling's and Defendant ActaMed's Motion to Dismiss under the doctrine of *forum non conveniens* and for failure to state a claim and lack of subject matter jurisdiction.

As grounds for this motion, the plaintiffs state the following:

1. Defendants filed their Motion to Dismiss on June 14, 2005. Plaintiffs filed an Opposition to the motion on July 19, 2005. Defendants, with the assent of plaintiffs, filed a Reply memorandum under cover of a motion for leave to file, which motion the Court granted by Order dated August 8, 2005.

2. Plaintiffs seek to address in their Sur-Reply two issues raised by defendants Reply:

1

    a.    an allegation made for the first time in defendants' Reply Memorandum, that plaintiffs' claim to jurisdiction rests on isolated "manufactured" claims; and

    b.    an allegation first made clear in defendants' Reply Memorandum, that defendants intend to rely on a legal relationship between Actamed and ProLitteris, a Swiss copyright royalty collecting society.

3. Counsel for plaintiffs has conferred with defendants' counsel concerning this motion for leave to file and defendants have assented hereto.

WHEREFORE the Plaintiffs respectfully request leave to file a Sur-Reply in Opposition to Defendant Robert Th. Gmelig Meyling's and Defendant ActaMed's Motion to Dismiss under the doctrine of *forum non conveniens* and for failure to state a claim and lack of subject matter jurisdiction. The proposed Sur-Reply, and supporting Affidavits of Peter Mosimann and Ernst Hefti, are submitted herewith.

Respectfully submitted,

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL
SOCIETY, and
WILEY-LISS, INC.,
Plaintiffs,

By their attorneys,

Dated: September 1, 2005

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO# 657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

3

**CERTIFICATE OF SERVICE**

      I, Amy C. Mainelli certify that I have this day served the foregoing document by e-mail upon counsel for the defendants in this action.


September 1, 2005      /s/ Amy C. Mainelli
Date

WSS/elsevier/actamed/motion for leave to file sur-reply