UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., <br> ELSEVIER, INC., <br> MASSACHUSETTS MEDICAL SOCIETY, <br> and <br> WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VIA MARKETING & PROMOTION, S.A. <br> d/b/a ACTAMED SERVICES and <br> ROBERT TH. GMELIG MEYLING, <br><br> Defendants. | Civil Action No.: <br> 1:05-CV-10697 WGY |

### AFFIDAVIT OF DR. PETER MOSIMANN

Before me, the undersigned notary public of Basel, Switzerland has today appeared

Dr. **Peter Mosimann**, attorney at law, Swiss citizen from Basel, living in Binningen, Switzerland, personally known to me

and declared after being referred to article 253 (two hundred and fifty-three) of the Swiss penal code:

1

I, Dr. Peter Mosimann, Swiss citizen of Basel, Switzerland, hereby declare as follows:

1. I am an attorney licensed to practice in Switzerland, and a partner in the Swiss firm of Wenger Plattner. A substantial portion of my practice concerns copyright matters.

2. I am currently representing a number of publishers in negotiations with defendant VIA Marketing and Promotion, S.A. ("ActaMed"), concerning infringement of my clients' copyrights.

3. On August 4, 2005, I spoke with Magda Streuli-Youssef, attorney for ProLitteris, concerning ActaMed. ProLitteris is the Swiss copyright society established to collect levies payable under Swiss copyright law for copying of literature and art as is expressly allowed under that law.

4. I learned from Ms. Streuli-Youssef that ActaMed has filed a so-called Request for Payment ("Betreibungsbegehren") against ProLitteris in the amount of 600,000 Swiss francs (CHF 600,000). This is not the same as filing a legal action. The purpose of filing a Request for Payment is, inter alia, to stop the running of the statute of limitations on the claim underlying the Request.

5.  According to Ms. Streuli-Youssef, the Request filed by ActaMed is intended to preserve its right to recoup monies paid to Pro Litteris in respect of copies delivered outside Switzerland. ActaMed apparently paid these monies to Pro Litteris in the hope, or belief, or attempt to create an inference, that copies delivered outside Switzerland were subject to the Swiss statutory scheme.

6.  As more fully explained in the Affidavit of Ernst Hefti submitted contemporaneously with this affidavit, ProLitteris has established a tariff for users in the field of copy services such as ActaMed, known as the Joint Tariff 8/VI ("Gemeinsamer Tarif 8/VI").

Under Joint Tariff 8/VI, a party making copies authorized by the statute must pay CHF 0.035 per copy per page, with the proviso that the aggregate fee owed will be calculated on 70 % rather than 100% of the total number of copies. Thus, the amount of CHF 600,000 paid by ActaMed to ProLitteris represents payments in respect of approximately 24,500,000 pages delivered by ActaMed outside Switzerland.

7.  I understand that in the proceedings captioned above, the President of ActaMed, Mr. Gmelig Meyling, states that deliveries into the United States are less than one percent of ActaMed's total volume. One percent would equal 245,000 pages delivered into the U.S., but we do not know what fraction of that is the real percentage. If the real percentage were even one-half of one percent, though, ActaMed's non-Swiss volume would include approximately 122,500 pages delivered into the United States.

8. This page count does not distinguish between deliveries of single copies of journal articles on one hand, and deliveries of large quantities of reprints of a given article on the other hand. As of this date I have no information that would permit me to calculate how many of the pages delivered by ActaMed are of one type and how many of the other.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF SWITZERLAND

DECLARED AND SIGNED BEFORE ALOIS ZIMMERMANN, A NOTARY PUBLIC IN Basel / Switzerland this 18th (eighteenth) Day of August 2005 (two thousand five)

_____
Dr. Peter Mosimann

*Alois Zimmerman*
*notary public*

Act. Prot. 2005 Nr. 305

My commission expires on 29 January 2012

Alois J. Zimmermann
attorney-at-law & notary public
Gerbergasse 48
CH-4001 Basel