## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY and
WILEY-LISS, INC.,

      Plaintiffs,

v.

VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLING,

      Defendants.

Civil Action No.:
1:05-cv-10697 WGY

## MOTION FOR LEAVE TO WITHDRAW BY JOHN J. COTTER, DAVID J. BYER, AND KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP

Pursuant to Local Rule 83.5.2(c), John J. Cotter and David J. Byer, for themselves and on behalf of the firm Kirkpatrick & Lockhart Nicholson Graham LLP, respectfully request leave of Court to withdraw as counsel for the Defendants Via Marketing & Promotion, S.A. d/b/a ActaMed Services ("ActaMed") and Robert Th. Gmelig Meyling ("Meyling").

As detailed in the attached declarations of ActaMed (Exhibit A) and of Mr. Meyling (Exhibit B), counsel are no longer authorized to represent either Defendant ActaMed or Defendant Meyling as Defendants have terminated counsel's representation.  Counsel have discussed withdrawal with ActaMed

and Mr. Meyling (ActaMed Decl. at ¶ 4; Meyling Decl. at ¶ 3). ActaMed and Mr. Meyling have indicated that they no longer want present counsel to represent them and do not intend to appoint successor counsel at this time (ActaMed Decl. at ¶¶ 4, 5; Meyling Decl. at ¶¶ 3, 4). No motions are pending and no hearings or conferences have been scheduled.

The status of this case is that a Joint Case Management Schedule was filed on September 28, 2005, and the case is on the running trial calendar for March, 2006.

Counsel for Defendants conferred with counsel for Plaintiffs in an attempt to resolve in good faith the issues presented by this motion. Counsel for Plaintiffs has not assented to this motion.

For the foregoing reasons, counsel respectfully request that the Court grant their Motion for Leave to Withdraw as counsel for the Defendants.[1]

---

[1] This Motion, the Declaration of ActaMed and the Fourth Declaration of Mr. Meyling shall not constitute an unconditional appearance, and are made without waiver of any of ActaMed's or Mr. Meyling's rights. In particular, the Defendants reserve the right to object to the Court's jurisdiction and to the enforceability of the Court's judgment in Switzerland pursuant to Article 111 Section 1 of the Swiss Federal Act on International Private Law of December 18, 1987, as amended.

Respectfully submitted,

Dated: September 29, 2005

_/s/ John J. Cotter _____
John J. Cotter, Esq., BBO# 554524
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
75 State Street
Boston, MA 02109-1808
617.261.3100
617.261.3175 (fax)

/s/ David J. Byer _____          =
David J. Byer, Esq. BBO# 544411
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
75 State Street
Boston, MA 02109-1808
617.261.3100
617.261.3175 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2005, I caused a copy of the foregoing document to be served by electronic filing upon the following:

William S. Strong, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114

_/s/ John J. Cotter _____
John J. Cotter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY and
WILEY-LISS, INC.,

        Plaintiffs,

v.

VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLING,

        Defendants.

Civil Action No.:
1:05-cv-10697 WGY

## DECLARATION OF BOARD MEMBER OF VIA MARKETING & PROMOTION, S.A. d/b/a ACTAMED SERVICES

I, _CRMfmelyMeyling_, declare:

1.  This declaration and the motion it supports shall not constitute an unconditional appearance of any Defendant, and are made without waiver of any of Defendants' rights, including but not limited to their rights to challenge this Court's jurisdiction in this Court or any other court or judicial or administrative authority. Defendants specifically reserve their right to challenge the Court's jurisdiction and the enforceability of the Court's judgment in Switzerland pursuant to Article 111 Section 1 of the Swiss Federal Act on International Private Law of December 18, 1987. I understand that according to this provision, Swiss authorities do not

recognize and enforce a foreign court's judgment in matters concerning intellectual property rights, if such foreign judgment was rendered against a defendant with domicile in Switzerland. Defendants explicitly declare that they will make use of any and all rights and remedies available to object to the Court's jurisdiction and to the enforceability of the Court's jurisdiction in Switzerland, where Defendants are domiciled.

2. I make this declaration for ActaMed in connection with and in support of the Motion to Withdraw by John J. Cotter, David J. Byer, and Kirkpatrick & Lockhart Nicholson Graham, LLP. I have personal knowledge, and if called as a witness would testify competently, about the following facts.

3. I am a member of the Board of Directors of ActaMed, and attended the September 29, 2005 meeting of ActaMed's Board of Directors.

4. At that meeting on September 29, 2005, ActaMed's Board of Directors discussed terminating ActaMed's legal representation in this action by its United States counsel, John J. Cotter and David J. Byer of the firm Kirkpatrick & Lockhart Nicholson Graham, LLP, and voted to terminate that representation. ActaMed, through its Swiss counsel, Marco Rizzi, then instructed Mr. Cotter of ActaMed's decision that Mr.

Cotter, Mr. Byer, and their law firm are no longer authorized to represent ActaMed in this action or any U.S. proceedings that relate to or result from this action in the Courts of the United States of America.

5.    At this time, ActaMed does not intend to appoint successor counsel to represent ActaMed in this action or any U.S. proceedings that relate to or result from this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of September, 2005.

_RM Pedy Meyling_

Vice Presidente CdA.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL SOCIETY and
WILEY-LISS, INC.,

       Plaintiffs,

v.

VIA MARKETING & PROMOTION, S.A.
d/b/a ACTAMED SERVICES and
ROBERT TH. GMELIG MEYLING,

       Defendants.

Civil Action No.:
1:05-cv-10697 WGY

## FOURTH DECLARATION OF ROBERT TH. GMELIG MEYLING

I, Robert Th. Gmelig Meyling, declare:

1.  My qualifications are summarized accurately in paragraphs 1 through 3 of the Declaration of Robert Th. Gmelig Meyling, dated June 14, 2005, and I incorporate by reference the entirety of those paragraphs in this Declaration. This declaration and the motion it supports shall not constitute an unconditional appearance of any Defendant, and are made without waiver of any of Defendants' rights, including but not limited to their rights to challenge this Court's jurisdiction in this Court or any other court or judicial or administrative authority. Defendants specifically reserve their right to challenge the Court's jurisdiction and the enforceability of the

Court's judgment in Switzerland pursuant to Article 111 Section
1 of the Swiss Federal Act on International Private Law of
December 18, 1987. I understand that according to this
provision, Swiss authorities do not recognize and enforce a
foreign court's judgment in matters concerning intellectual
property rights, if such foreign judgment was rendered against a
defendant with domicile in Switzerland. Defendants explicitly
declare that they will make use of any and all rights and
remedies available to object to the Court's jurisdiction and to
the enforceability of the Court's jurisdiction in Switzerland,
where Defendants are domiciled.

2. I make this declaration in connection with and in
support of the Motion to Withdraw by John J. Cotter, David J.
Byer, and Kirkpatrick & Lockhart Nicholson Graham, LLP. I have
personal knowledge, and if called as a witness would testify
competently, about the following facts.

3. On September 29, 2005, I discussed terminating my
representation in this action by my United States of America
counsel, John J. Cotter and David J. Byer of the firm
Kirkpatrick & Lockhart Nicholson Graham LLP, and decided to
terminate that representation. I then instructed Mr. Cotter of
my decision that Mr. Cotter, Mr. Byer, and their law firm are no
longer authorized to represent me in this action or any U.S.

- 2 -

proceedings that relate to or result from this action in the Courts of the United States of America.

4.    At this time, I do not intend to appoint successor counsel to represent me in this action or any U.S. proceedings that relate to or result from this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of September, 2005.

Robert Th. Gmelig Meyling

- 3 -