UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

BLACKWELL PUBLISHING, INC., )
ELSEVIER, INC., )
MASSACHUSETTS MEDICAL SOCIETY, )
and )
WILEY-LISS, INC., )
)
    Plaintiffs, )
)
v. )   Civil Action No.:
)   1:05-CV-10697 WGY
)
VIA MARKETING & PROMOTION, S.A. )
d/b/a ACTAMED SERVICES and )
ROBERT TH. GMELIG MEYLING, )
)
    Defendants. )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff and its counsel hereby certify that:

1) The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2) The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

ELSEVIER, INC.

By:

/s/ Mark Seeley
Mark Seeley, Esq.
Vice President and General Counsel

And by its attorneys,

/s/ Amy C. Mainelli

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO # 657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

## CERTIFICATE OF SERVICE

I, Amy C. Mainelli, certify that I have this day served the foregoing document by e- mail upon the defendants in this action.

**10/3/05**
Date

/s/ Amy C. Mainelli
Amy C. Mainelli

WSS/Elsevier/ActaMed/cert.Elsevier

2