UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY, )<br>and )<br>WILEY-LISS, INC., )<br>    )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>    )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br>    )<br>    Defendants. ) | Civil Action No.:<br>1:05-CV-10697 WGY |

**CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff and its counsel hereby certify that:

1)   The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2)   The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

WILEY-LISS, INC.

By: /s/ Roy Kaufman

Roy Kaufman, Esq.
Legal Director

And by its attorneys,

/s/ Amy C. Mainelli

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO # 657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

### CERTIFICATE OF SERVICE

I, Amy C. Mainelli, certify that I have this day served the foregoing document by e-mail upon the defendants in this action.

10/3/05

Date

/s/ Amy C. Mainelli

Amy C. Mainelli

WSS/Elsevier/ActaMed/cert.Wiley