UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY, )<br>and )<br>WILEY-LISS, INC., )<br>                                         )<br>    Plaintiffs, )<br>                                         )<br>v. )<br>                                         )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br>                                         )<br>    Defendants. ) | Civil Action No.:<br>1:05-CV-10697 WGY |

**CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff and its counsel hereby certify that:

1)     The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2)     The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

BLACKWELL PUBLISHING, INC.

By:                                                    And by its attorneys,

*[signature]*                                          /s/ Amy C. Mainelli
Robert Campbell, Esq.                                  William S. Strong, Esq., BBO #483520
Title: President                                       Amy C. Mainelli, Esq., BBO # 657201
                                                       KOTIN, CRABTREE & STRONG, LLP
                                                       One Bowdoin Square
                                                       Boston, MA 02114
                                                       (617) 227-7031
                                                       (617) 367-2988 (fax)

## CERTIFICATE OF SERVICE

I, Amy C. Mainelli, certify that I have this day served the foregoing document by e-mail upon the defendants in this action.

10/5/05                    /s/ Amy C. Mainelli
Date                       Amy C. Mainelli

WSS/Elsevier/ActaMed/cert.Blackwell

2