# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ) <br> ELSEVIER, INC., ) <br> MASSACHUSETTS MEDICAL SOCIETY, ) <br> and ) <br> WILEY-LISS, INC., ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> ) <br> VIA MARKETING & PROMOTION, S.A. ) <br> d/b/a ACTAMED SERVICES and ) <br> ROBERT TH. GMELIG MEYLING, ) <br> ) <br>     Defendants. ) | Civil Action No.: <br> 1:05-CV-10697 WGY |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs hereby move that the Court grant partial summary judgment against defendants VIA ActaMed Marketing & Promotion, S.A. ("ActaMed") and Robert Th. Gmelig Meyling ("Meyling") as to defendants' unauthorized distribution and importation into the United States identified in Counts I through VIII of plaintiffs' Complaint. Plaintiffs ask that the Court award them injunctive relief, statutory damages, reasonable attorneys' fees, costs of suit and interest, by Order in the proposed form attached hereto.

This motion is based upon the prior pleadings, the Affidavits of Holger Gehring, Roy Kaufman, Amy C. Mainelli and Mark Seeley, submitted herewith, and the Memorandum submitted herewith.

Date: February 9, 2006                   Respectfully submitted,


BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL
SOCIETY,
and
WILEY-LISS, INC.,
Plaintiffs,

By their attorneys,


_/s/ Amy C. Mainelli_____
William S. Strong, Esq.,  BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)


## CERTIFICATE OF SERVICE

I, Amy C. Mainelli, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to the defendants in this action and those indicated as non registered participants on February 9, 2006.

/s/ Amy C. Mainelli_____
Amy C. Mainelli


WSS/Elsevier/ActaMed/ motion for partial summary judgment

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., ELSEVIER, INC., MASSACHUSETTS MEDICAL SOCIETY, and WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VIA MARKETING & PROMOTION, S.A. d/b/a ACTAMED SERVICES and ROBERT TH. GMELIG MEYLING, <br><br> Defendants. | Civil Action No.: <br> 1:05-CV-10697 WGY |

## ORDER

Before this Court is Plaintiffs' Motion for Partial Summary Judgment. After considering the Motion, the Court is of the opinion that (i) it has personal jurisdiction over the individual defendant, Robert Th. Gmelig Meyling; (ii) defendants are liable as a matter of law for copyright infringement in respect of the unauthorized distribution and importation into the United States identified in Counts I through VIII of plaintiffs' Complaint; (iii) such infringement was carried out with willful disregard for the laws of the United States; and (iv) the copying identified in Counts I through VIII of the

Complaint is representative of a substantial volume of similar infringement conducted in the same manner.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Partial Summary Judgment is hereby GRANTED. The Court awards plaintiffs statutory damages in the amount of $50,000 per work infringed, for a total of $200,000, costs of suit and interest. . The Court will entertain a motion for reasonable attorneys' fees. In addition, defendants and their officers, agents, servants, employees, and attorneys, and all those in active concert with them or participation with them, are hereby permanently enjoined from all further commercial distribution and importation into the United States, by any means or method, of reproductions in print, electronic, or other media whatsoever, of contents from the books, journals, or other publications published by plaintiffs or any of them, unless such reproduction is authorized by plaintiffs or their agents.
IT IS SO ORDERED.


DATE: _____        _____
                             William G. Young
                             United States District Judge