UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY,)<br>and )<br>WILEY-LISS, INC., )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br> )<br>    Defendants. ) | Civil Action No.: 05cv10697 WGY |

**AFFIDAVIT OF MARK SEELEY**

I, Mark Seeley, Vice President and General Counsel of Elsevier, Inc. ("Elsevier"), a company incorporated in New York with a place of business at 30 Corporate Drive, Suite 400, Burlington, Massachusetts 01803, and General Counsel to Elsevier's science and medical publishing affiliates such as Elsevier B.V., Elsevier Ltd, Elsevier France SAS, Elsevier Ireland Ltd, Excerpta Medica, Inc. and Mosby, Inc. ("Elsevier Affiliates"), hereby under oath declare as follows:

    1.    Elsevier, together with the Elsevier Affiliates, publishes thousands of scholarly books and journals, all of them in the sciences.

    2.    I have been Vice President of Elsevier, Inc., beginning in September 1998, and have been (in-house) General Counsel to Elsevier and its affiliates since October 1995. I am an attorney admitted to practice in the Commonwealth of Massachusetts.

3. Part of my role is to oversee legal matters regarding copyrights and distribution of Elsevier journals. Among these is the *American Journal of Cardiology*.

4. The journals that Elsevier publishes consist primarily of articles written by scholars in their respective fields and peer-reviewed by fellow scholars.

5. Elsevier is the owner of copyright in "Vascular access site complications after percutaneous coronary intervention with abciximab in the Evaluation of c7E3 for the Prevention of Ischemic Complications (EPIC) trial," *American Journal of Cardiology*, 81:1, by assignment from the respective authors, and that journal has been registered with the United States Copyright Office.

6. Elsevier invests heavily in its journal publishing program. Each year it incurs substantial costs for editor and author royalties and other costs of content creation or licensing, copyediting and proofreading, organizing peer review and other editorial systems, for typesetting, layout, printing, binding, distribution, and promotion, and for support of the editorial offices of its journals.

7. Most Elsevier journals, including *American Journal of Cardiology*, generally contain little commercial advertising. Many are addressed to specialized audiences of researchers and academics in particular fields of science, medicine, and so forth. Income from scientific journals is generally derived from subscription revenues and licensing of reproduction rights.

8. We offer journals in both print form and electronic form. Licenses can be obtained directly through our website, www.sciencedirect.com. The Terms and Conditions of Use for our electronics subscriptions prohibit reproduction. Journals in

print form also contain copyright notice and the Terms and Conditions of subscriptions prohibit copying or reproduction.

9. ActaMed did not obtain permission from Elsevier to electronically deliver a copy of the aforementioned article from the *American Journal of Cardiology*. Elsevier believes that ActaMed has produced copies of other articles from Elsevier's journals in this manner, without permission, as Elsevier is a large publisher of the types of medical journals routinely delivered by ActaMed.

10. At no time have we ever authorized either of the defendants in this action to make copies of Elsevier articles or to deliver individual copies of Elsevier article to any person in any country.

11. At no time have we authorized ProLitteris to authorize ActaMed to deliver individual copies of Elsevier articles to any person in any country.

12. Such unauthorized copying causes substantial harm to Elsevier. If its copyrights are not respected, a substantial decline in income could cause cessation of publication of one or more deserving books and journals. This would have an adverse impact on the creation of new works, on scholarly endeavor, and on scientific progress, by making it more difficult to publish deserving work.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

24 January 2006
Date

Mark Seeley