UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY,)<br>and )<br>WILEY-LISS, INC., )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br>  )<br>  Defendants. ) | Civil Action No.: 05cv10697 WGY |

## AFFIDAVIT OF ROY KAUFMAN

I, Roy Kaufman, Legal Director for John Wiley & Sons, Inc., a company incorporated in New York and parent company of Plaintiff Wiley-Liss, Inc., a Delaware corporation (collectively "Wiley"), having their principal place of business at 111 River Street, Hoboken, New Jersey 07030, hereby under oath declare as follows:

1.  Wiley is a global publisher of print and electronic products, specializing in scientific, technical, and medical books and journals; professional and consumer books; subscription services; and textbooks and other educational materials for undergraduate and graduate students as well as lifelong learners. Wiley has approximately 22,700 active book titles and about 400 journals, and publishes about 2000 new titles in a variety of print and electronic formats each year.

2. I have been a member of the Wiley legal department since 1995 and am the primary attorney for the Wiley subsidiary that is the Plaintiff in this action. I am admitted to practice law in the State of New York.

3. Part of my role is to oversee legal matters regarding copyrights, licensing, and distribution of Wiley journals. Among these is the *Depression and Anxiety.*

4. The journals that Wiley publishes consist primarily of articles written by scholars in their respective fields and peer-reviewed by fellow scholars.

5. Wiley is the owner of copyright in "Long-term effectiveness of cognitive therapy in major depressive disorder," *Depression and Anxiety*, 20:1, by assignment from the respective authors, and that journal has been registered with the United States Copyright Office.

6. Wiley invests significant monies in its journal publishing program. Each year it incurs substantial costs for author royalties and other costs of content creation or licensing, for copyediting and proofreading, for typesetting, layout, printing, binding, distribution, and promotion, and for support of the editorial offices of its journals.

7. Most Wiley journals, including *Depression and Anxiety*, generally contain little commercial advertising. Many are addressed to specialized audiences of researchers and academics in particular fields of science, medicine, and so forth. Income from scientific journals is generally derived from subscription revenues and licensing of reproduction rights.

8. Most of our journals are published in print and electronic format. The terms and conditions of electronic subscriptions specifically state that journals are

protected under copyright law and prohibit unauthorized copying or reproduction. Wiley also prohibits unauthorized copying of print versions of Wiley journals.

9. ActaMed did not obtain permission from Wiley to electronically deliver a copy of the aforementioned article from the *Depression and Anxiety*. Wiley believes that ActaMed has produced copies of other articles from Wiley's journals in this manner, without permission, as Wiley is a large publisher of the types of medical journals routinely delivered by ActaMed.

10. At no time have we ever authorized either of the defendants in this action to make copies of Wiley articles or to deliver individual copies of Wiley article to any person in any country.

11. At no time have we authorized ProLitteris to authorize ActaMed to deliver individual copies of Wiley articles to any person in any country.

12. Such unauthorized copying causes substantial harm to Wiley. If its copyrights are not respected, a substantial decline in income could cause cessation of publication of one or more deserving books and journals. This would have an adverse impact on the creation of new works, on scholarly endeavor, and on scientific progress, by making it more difficult to publish deserving work.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

1/24/06
Date

_____
Roy Kauffman, Esq.