UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY,)<br>and )<br>WILEY-LISS, INC., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br>)<br>    Defendants. ) | Civil Action No.: 05cv10697 WGY |

## AFFIDAVIT OF AMY C. MAINELLI

I, Amy C. Mainelli, of Cambridge, Massachusetts, hereby under oath declare as follows:

1. I am an associate at Kotin, Crabtree & Strong, LLP and we represent the plaintiffs in this action.

2. Attached as Exhibits A through D, are true and accurate copies of the online records of the United States Copyright office, with respect to the ownership of each of the four works at issue in this action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

February 9, 2006          /s/ Amy C. Mainelli
Date                              Amy C. Mainelli

 Search Records Results

Serials Database (Title Search)
**Search For:** SEMINARS IN DIALYSIS
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

|  |  |
|---|---|
| Title: | Seminars in dialysis |
| Additional Information: | . -- Vol. 1, no. 1, Jan. 1988-. |
| Note: | Quarterly; bimonthly per v. 6, no. 3, May/June 1993. |
| International Standard Serial Number: | ISSN 0894-0959 = Seminars in dialysis. |
| Holdings: | * acBlackwell Publishing. |
| | v. 16, no. |
| | TX 5-879-544. 9Dec03; 4, Jul-Aug03. PUB 17Jul03; |
| | TX 5-879-544. 9Dec03; 5, Sep-Oct03. PUB 18Sep03; |
| | TX 5-834-241. 9Dec03; 6, Nov-Dec03. DCR 2003; PUB 18Nov03; |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# Copyright | Search Records Results

Serials Database (Title Search)
**Search For:** NEW ENGLAND JOURNAL OF MEDICINE
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

|  |  |
|---|---|
| Title: | The New England journal of medicine |
| Additional Information: | . |
| Note: | Weekly. Continues: New England Journal of Medicine and Surgery. Description based on: Vol. 303, no. 2, July 10, 1980. |
| International Standard Serial Number: | ISSN 0028-4793 = The New England journal of medicine. |
| Holdings: | * acMassachusetts Medical Society. |

v. 347, no.
TX 5-868-149. 11Dec03; 14, 3Oct02. PUB 3Oct02;
TX 5-868-149. 11Dec03; 15, 10Oct02. PUB 10Oct02;
TX 5-868-149. 11Dec03; 16, 17Oct02. PUB 17Oct02;
TX 5-868-149. 11Dec03; 17, 24Oct02. PUB 24Oct02;
TX 5-868-149. 11Dec03; 18, 31Oct02. PUB 31Oct02;
TX 5-868-149. 11Dec03; 19, 7Nov02. PUB 7Nov02;
TX 5-868-149. 11Dec03; 20, 14Nov02. PUB 14Nov02;
TX 5-868-149. 11Dec03; 21, 21Nov02. PUB 21Nov02;
TX 5-868-149. 11Dec03; 22, 28Nov02. PUB 28Nov02;
TX 5-868-149. 11Dec03; 23, 5Dec02. PUB 5Dec02;
TX 5-868-149. 11Dec03; 24, 12Dec02. PUB 12Dec02;
TX 5-868-149. 11Dec03; 25, 19Dec02. PUB 19Dec02;
TX 5-868-149. 11Dec03; 26, 26Dec02. PUB 26Dec02;
v. 348, no.
TX 5-804-398. 25Jul03; 1, 2Jan03. PUB 2Jan03;
TX 5-804-398. 25Jul03; 2, 9Jan03. PUB 9Jan03;
TX 5-804-398. 25Jul03; 3, 16Jan03. PUB 16Jan03;
TX 5-804-398. 25Jul03; 4, 23Jan03. PUB 23Jan03;
TX 5-804-398. 25Jul03; 5, 30Jan03. PUB 30Jan03;
TX 5-879-550. 5Dec03; 6, 6Feb03. PUB 6Feb03;
TX 5-879-550. 5Dec03; 7, 13Feb03. PUB 13Feb03;
TX 5-879-550. 5Dec03; 8, 20Feb03. PUB 20Feb03;
TX 5-879-550. 5Dec03; 9, 27Feb03. PUB 27Feb03;
TX 5-784-541. 14Jul03; 10, 6Mar03. PUB 6Mar03;
TX 5-784-541. 14Jul03; 11, 13Mar03. PUB 13Mar03;
TX 5-784-541. 14Jul03; 12, 20Mar03. PUB 20Mar03;
TX 5-784-541. 14Jul03; 13, 27Mar03. PUB 27Mar03;

```
TX 5-783-866. 30Jul03; 14, 3Apr03. PUB 3Apr03;
TX 5-783-866. 30Jul03; 15, 10Apr03. PUB 10Apr03;
TX 5-783-866. 30Jul03; 16, 17Apr03. PUB 17Apr03;
TX 5-783-866. 30Jul03; 17, 24Apr03. PUB 24Apr03;
TX 5-783-864. 30Jul03; 18, 1May03. PUB 1May03;
TX 5-783-864. 30Jul03; 19, 8May03. PUB 8May03;
TX 5-783-864. 30Jul03; 20, 15May03. PUB 15May03;
TX 5-783-864. 30Jul03; 21, 22May03. PUB 22May03;
TX 5-783-864. 30Jul03; 22, 29May03. PUB 29May03;
TX 5-879-524. 5Dec03; 23, 5Jun03. PUB 5Jun03;
TX 5-879-524. 5Dec03; 24, 12Jun03. PUB 12Jun03;
TX 5-879-524. 5Dec03; 25, 19Jun03. PUB 19Jun03;
TX 5-879-524. 5Dec03; 26, 26Jun03. PUB 26Jun03;
v. 349, no.
TX 5-873-616. 5Dec03; 1, 3Jul03. PUB 3Jul03;
TX 5-873-616. 5Dec03; 2, 10Jul03. PUB 10Jul03;
TX 5-873-616. 5Dec03; 3, 17Jul03. PUB 17Jul03;
TX 5-873-616. 5Dec03; 4, 24Jul03. PUB 24Jul03;
TX 5-873-616. 5Dec03; 5, 31Jul03. PUB 31Jul03;
```

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000


Search Records Results

Serials Database (Title Search)
**Search For:** AMERICAN JOURNAL OF CARDIOLOGY
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

---

| | |
|---:|---|
| Title: | The American Journal of Cardiology |
| Additional Information: | : [official journal of the aAmerican College of Cardiology : a Yorke medical journal] / editor-in-chief, Simon Dack ... [et al.]. |
| Note: | Monthly, except Jan., Feb., Mar. & May, semimonthly; pub. monthly except 2 times in Apr., Sept. & Nov., 3 times in Jan. & 4 times in Feb beginning with v. 57, no. 1, Jan. 1986. Description based on: Vol. 48 no. 3, Sept. 1981. |
| International Standard Serial Number: | ISSN 0002-9149 = The American Journal of Cardiology. |
| Holdings: | * acElsevier Science, Inc. (employer for hire) |
| | v. 80, no. |
| | TX 4-605-535. 13Jan98; 1, 1Jul97. DCR 1997; PUB 27Jun97; |
| | TX 4-572-699. 15Nov97; 9, 1Nov97. DCR 1997; PUB 30Oct97; |
| | TX 4-605-521. 13Jan98; 10, 15Nov97. DCR 1997; PUB 17Nov97; |
| | v. 81, no. |
| | TX 4-598-749. 13Jan98; 1, 1Jan98. DCR 1997; PUB 31Dec97; |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



**Copyright** Search Records Results

Serials Database (Title Search)
**Search For:** DEPRESSION AND ANXIETY
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

|  |  |
|---|---|
| Title: | Depression and anxiety |
| Additional Information: | . -- Vol. 4, no. 3, 1996/1997-. |
| Note: | Pub. 8 times a year. Organized in separate issues dedicated to either anxiety-related topics or depression-related topics. Merger of: Depression = ISSN 1062-6417 and of: Anxiety = ISSN 1070-9797, continuing the numbering of the former. |
| International Standard Serial Number: | ISSN 1091-4269 = Depression and anxiety. |
| Holdings: | * acWiley-Liss, Inc. |
|  | v. 18, no. |
|  | TX 5-911-119. 20Feb04; 4. DCR 2003; PUB 29Dec03; |
|  | v. 19, no. |
|  | TX 5-972-196. 13May04; 1. DCR 2004; PUB 16Feb04; |
|  | TX 5-980-379. 1Jun04; 2. DCR 2004; PUB 12Mar04; |
|  | TX 5-996-811. 19Jul04; 3. DCR 2004; PUB 20May04; |
|  | TX 6-021-706. 30Aug04; 4. DCR 2004; PUB 27Jul04; |
|  | v. 20, no. |
|  | TX 6-075-993. 8Dec04; 1. DCR 2004; PUB 30Sep04; |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000