UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., <br> ELSEVIER, INC., <br> MASSACHUSETTS MEDICAL SOCIETY, <br> and <br> WILEY-LISS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VIA MARKETING & PROMOTION, S.A. <br> d/b/a ACTAMED SERVICES and <br> ROBERT TH. GMELIG MEYLING, <br><br> Defendants. | Civil Action No.: <br> 1:05-CV-10697 WGY |

## PLAINTIFFS' MOTION TO DISMISS COUNT IX OF THEIR COMPLAINT WIHTOUT PREJUDICE

Plaintiffs hereby move that the Court dismiss Count IX of their Complaint against defendants VIA ActaMed Marketing & Promotion, S.A. ("ActaMed") and Robert Th. Gmelig Meyling ("Meyling") without prejudice. A proposed Order to this effect, and also granting partial summary judgment, is attached hereto.

As grounds for this motion, plaintiffs state the following:

1. Plaintiffs filed a Motion for Partial Summary Judgment on February 9, 2006 as to defendants' unauthorized distribution and importation into the United States of plaintiffs' copyrighted materials, as described in Counts I through VIII of plaintiffs' Complaint.

2. The only remaining claim is Count IX, regarding defendants' infringement in countries other than the United States.

3. Defendants' failure to cooperate in discovery makes prosecution of Count IX prohibitively expensive. Plaintiffs wish to discontinue the present litigation without sacrificing their claims for extraterritorial infringement, should the opportunity subsequently arise to prosecute such claims efficiently.

WHEREFORE the plaintiffs respectfully request that the Court dismiss Count IX of their Complaint without prejudice.

Date: February 27, 2006

Respectfully submitted,

BLACKWELL PUBLISHING, INC.,
ELSEVIER, INC.,
MASSACHUSETTS MEDICAL
SOCIETY,
and
WILEY-LISS, INC.,
Plaintiffs,

By their attorneys,

 /s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

## CERTIFICATE OF SERVICE

I, Amy C. Mainelli, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to the defendants in this action and those indicated as non registered participants on February 27, 2006.

/s/ Amy C. Mainelli
Amy C. Mainelli

WSS/Elsevier/ActaMed/ motion to dismiss Count IX

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY, )<br>and )<br>WILEY-LISS, INC., )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br> )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br> )<br>    Defendants. ) | Civil Action No.:<br>1:05-CV-10697 WGY |

**PROPOSED ORDER**

Before this Court are Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Motion to Dismiss Count IX of their Complaint Without Prejudice. Both are unopposed.

After considering the Motion for Partial Summary Judgment, the Court is of the opinion that (i) it has personal jurisdiction over the individual defendant, Robert Th. Gmelig Meyling; (ii) defendants are jointly and severally liable as a matter of law for copyright infringement in respect of the unauthorized distribution and importation into the United States identified in Counts I through VIII of plaintiffs' Complaint; (iii) such infringement was carried out with willful disregard for the laws of the United States; and

(iv) the copying identified in Counts I through VIII of the Complaint is representative of a substantial volume of similar infringement conducted in the same manner.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Partial Summary Judgment is hereby GRANTED. The Court awards plaintiffs statutory damages in the amount of $50,000 per work infringed, for a total of $200,000, plus costs of suit and interest. The Court will entertain a motion for reasonable attorneys' fees, and an itemization of costs.

IT IS FURTHER ORDERED that defendants and their officers, agents, servants, employees, and attorneys, and all those in active concert with them or participation with them, are hereby permanently enjoined from all further commercial distribution and importation into the United States, by any means or method, of reproductions in print, electronic, or other media whatsoever, of contents from the books, journals, or other publications published by plaintiffs or any of them, unless such reproduction is authorized by plaintiffs or their agents.

IT IS FURTHER ORDERED that Count IX of plaintiffs' Complaint be dismissed without prejudice.

DATE: _____

                                                          William G. Young
                                                          United States District Judge