UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKWELL PUBLISHING, INC., )<br>ELSEVIER, INC., )<br>MASSACHUSETTS MEDICAL SOCIETY, )<br>and )<br>WILEY-LISS, INC., )<br>   )<br>   Plaintiffs, )<br>   )<br>v. )<br>   )<br>   )<br>VIA MARKETING & PROMOTION, S.A. )<br>d/b/a ACTAMED SERVICES and )<br>ROBERT TH. GMELIG MEYLING, )<br>   )<br>   Defendants.          ) | Civil Action No.:<br>1:05-CV-10697 WGY |

## ~~PROPOSED~~ ORDER

Before this Court are Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Motion to Dismiss Count IX of their Complaint Without Prejudice. Both are unopposed.

After considering the Motion for Partial Summary Judgment, the Court is of the opinion that (i) it has personal jurisdiction over the individual defendant, Robert Th. Gmelig Meyling; (ii) defendants are jointly and severally liable as a matter of law for copyright infringement in respect of the unauthorized distribution and importation into the United States identified in Counts I through VIII of plaintiffs' Complaint; (iii) such infringement was carried out with willful disregard for the laws of the United States; and

(iv) the copying identified in Counts I through VIII of the Complaint is representative of a substantial volume of similar infringement conducted in the same manner.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Partial Summary Judgment is hereby GRANTED. The Court awards plaintiffs statutory damages in the amount of $50,000 per work infringed, for a total of $200,000, plus costs of suit and interest. The Court will entertain a motion for reasonable attorneys' fees, and an itemization of costs.

IT IS FURTHER ORDERED that defendants and their officers, agents, servants, employees, and attorneys, and all those in active concert with them or participation with them, are hereby permanently enjoined from all further commercial distribution and importation into the United States, by any means or method, of reproductions in print, electronic, or other media whatsoever, of contents from the books, journals, or other publications published by plaintiffs or any of them, unless such reproduction is authorized by plaintiffs or their agents.

IT IS FURTHER ORDERED that Count IX of plaintiffs' Complaint be dismissed without prejudice.

DATE: *February 28, 2006*

*William G. Young*
William G. Young
United States District Judge